**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIERO CRIVELLARO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, and LEI NIE,<br><br>Defendants. | CASE No.: 1:22-cv-07499-BMC<br><br>**NOTICE OF MOTION OF PIERO CRIVELLARO TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Piero Crivellaro ("Movant") hereby moves this Court, the Honorable Brian M. Cogan, United States District Court Judge, on a date and at a time to be designated by the Court, for an order:

    (a)    appointing Movant to serve as Lead Plaintiff in this action; and

    (b) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movant submits: (i) the Memorandum of Law dated February 7, 2023 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Judge Cogan's individual rule III(A)(2) requires a pre-motion conference prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the pre-motion conference requirement of rule III(A)(2) be waived.

Dated: February 7, 2023    Respectfully submitted,

             **THE ROSEN LAW FIRM, P.A.**

             /s/ Phillip Kim
             Phillip Kim, Esq. (PK 9384)
             Laurence M. Rosen, Esq. (LR 5733)
             275 Madison Avenue, 40th Floor
             New York, New York 10016
             Telephone: (212) 686-1060
             Fax: (212) 202-3827
             Email: pkim@rosenlegal.com
             Email: lrosen@rosenlegal.com

             *[Proposed] Lead Counsel for Lead Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim