**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIERO CRIVELLARO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, and LEI NIE,<br><br>Defendants. | Case No.: 1:22-cv-07499 |

**NOTICE OF MOTION OF MOTION OF RUIBIN WANG, SEN GAO, LUXIAO XU AND CONGLI HUO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Ira M. Press, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo ("Movants") hereby move this Court, before the Honorable Brian M. Cogan at the United States District Court for the Eastern District of New York, Courtroom 8D S, 225 Cadman Plaza East, Brooklyn, New York, 11201, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for the entry of an Order of the following: (i) appointing Movants as Lead Plaintiff on behalf of a class consisting of all persons who purchased

or otherwise acquired publicly traded Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America Ltd. securities during the period between February 12, 2021 and November 17, 2022, inclusive; (ii) approving Movants' selection of the law firm of Berger Montague PC as Lead Counsel and Kirby McInerney as Local Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Movants are aware of Rule III.A.2 of this Court's Individual Practices, which provides, in relevant part, that, "[f]or all other motions . . . a pre-motion conference is required before a party may file any motion. Parties must request a pre-motion conference in writing by ECF. The moving party shall submit a detailed letter not to exceed three pages in length setting forth the basis for the anticipated motion, and simultaneously serve the request on all counsel." Pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is February 7, 2023, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Movants cannot ascertain whether any putative Class members will also seek appointment as Lead Plaintiff until after the deadline expires. Accordingly, movants' counsel respectfully requests that compliance with Rule III.A.2 of this Court's Individual Practices be waived in this instance as counsel cannot confer with unknown movants.

Dated: February 7, 2023

Respectfully submitted,

**KIRBY McINERNEY LLP**

/s/ *Ira M. Press*
Ira M. Press
Thomas W. Elrod
250 Park Avenue, Suite 820
New York, York 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com
telrod@kmllp.com

2

*Local Counsel for Lead Plaintiff Movants, Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo, and Proposed Local Counsel for the Class*

**BERGER MONTAGUE PC**
Sherrie R. Savett
Michael Dell'Angelo
Andrew D. Abramowitz
James A. Maro
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
      mdellangelo@bm.net
      aabramowitz@bm.net
      jmaro@bm.net

*Counsel for Lead Plaintiff Movants, Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo and Proposed Lead Counsel for the Class*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant, Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Ira M. Press*
Ira M. Press
