**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PIERO CRIVELLARO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, and LEI NIE,<br><br>Defendants. | Case No.: 1:22-cv-07499 |

**DECLARATION OF IRA M. PRESS IN SUPPORT OF MOTION OF RUIBIN WANG, SEN GAO, LUXIAO XU AND CONGLI HUO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Ira M. Press, Esq. declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I submit this declaration in support of the motion filed by Proposed Lead Plaintiff Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo ("Movants") for the entry of an Order: (i) appointing Movants as Lead Plaintiff on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity") securities during the period February 12, 2021 through November 17, 2022, inclusive (the "Class Period"); (ii) approving Movants' selection of the law firm of Berger Montague PC as Lead Counsel and Kirby McInerney LLP as Local Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

2. Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:  Signed Certifications of Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Notice of pendency of class action lawsuit against Singularity, published on December 9, 2022;

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movants on Class Period transactions in Singularity securities;

EXHIBIT D:  Declaration of Movants;

EXHIBIT E:  Berger Montague PC firm resume; and

EXHIBIT F:  Kirby McInerney LLP firm resume.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Executed this 7th day of February 2023.

/s/ *Ira M. Press*
Ira M. Press