# EXHIBIT B

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America Ltd. – S...

Case 1:22-cv-07499-BMC   Document 12-2   Filed 02/07/23   Page 2 of 3 PageID #: 177

Log In   Sign Up

HOME                SERVICES                NEWS                EDUCATION

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America Ltd. – SGLY

ember 09, 2022 06:08 PM Eastern Standard Time

W YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action suit on behalf of purchasers of the securities of Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America (NASDAQ: SGLY) between February 12, 2021 and November 17, 2022, both dates inclusive (the "Class Period"). The suit seeks to recover damages for Singularity investors under the federal securities laws.

To join the Singularity class action, go to https://rosenlegal.com/submit-form/?case_id=9855 or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose: (1) the Company's former Chief Executive Officer ("CEO") Yang Jie's true educational background, that he had an outstanding arrest warrant in China, committed forgery, was the largest shareholder and Vice President of Finance, for a Nasdaq-listed lending company, China Commercial Credit ("CCC"), which failed after reporting massive losses; (2) material related party transactions with SOS Information Technology New York Inc. ("SOS") (where Jie's wife was Vice President) and Rich Trading Co. Ltd USA ("Rich Trading"); (3) independent director John Levy's long tenure as a director of CCC; (4) the Company lacked adequate internal controls and as a result had a heightened risk of scrutiny and ultimately was subject to a United States Attorney's Office for the Southern District of New York and SEC investigation and action as well as a potential delisting by NASDAQ; and as a result (5) the Company's statements during the Class Period about the historical financial and operational metrics and purported market opportunities did not accurately reflect the actual business, operations, and financial results and trajectory of the Company, and were materially false and misleading, and lacked a factual basis. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than February 7, 2023**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://rosenlegal.com/submit-form/?case_id=9855 or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com or cases@rosenlegal.com.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America Ltd. – S...

Case 1:22-cv-07499-BMC    Document 12-2    Filed 02/07/23    Page 3 of 3 PageID #: 178

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors.

Attorney Advertising. Prior results do not guarantee a similar outcome.

## Contacts

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
lrosen@rosenlegal.com
pkim@rosenlegal.com
cases@rosenlegal.com
www.rosenlegal.com

THE ROSEN LAW FIRM, P.A.<br>NASDAQ:SGLY 

More News

 

**More from Business Wire:**    Blog    UK/Ireland    Deutschland    France    Hong Kong    Italy    Japan
Tradeshownews.com

Contact Us    UK Tax Strategy    Privacy Statement    Manage Cookies    Terms of Use
© 2023 Business Wire