# EXHIBIT C

**FINANCIAL INTEREST ANALYSIS**

| | | | | | |
|---|---|---|---|---|---|
| **Singularity Future Technology, Ltd.** **f/k/a Sino-Global** **Shipping America Ltd.** | | **TICKER:** | SGLY SINO | **Set-Off Price:**[1] | $0.686182 |

**Class Period:**    02/12/2021 - 11/17/2022

**Ruibin Wang**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 12/9/2021 | 1,000 | $3.52 | ($3,520.00) |
| Purchase | 12/9/2021 | 1,000 | $3.55 | ($3,550.00) |
| Purchase | 12/9/2021 | 2,000 | $3.55 | ($7,100.00) |
| Purchase | 12/9/2021 | 1,700 | $3.60 | ($6,120.00) |
| Purchase | 12/9/2021 | 3,000 | $3.54 | ($10,620.00) |
| Purchase | 12/9/2021 | 3,000 | $3.52 | ($10,560.00) |
| Purchase | 12/9/2021 | 2,342 | $3.52 | ($8,243.84) |
| Purchase | 12/10/2021 | 5,000 | $3.61 | ($18,050.00) |
| Purchase | 2/8/2022 | 12,172 | $5.80 | ($70,597.60) |
| Purchase | 3/31/2022 | 5,435 | $14.00 | ($76,090.00) |
| Purchase | 4/5/2022 | 2,876 | $16.63 | ($47,827.88) |
| Purchase | 4/5/2022 | 7,800 | $15.93 | ($124,254.00) |
| Purchase | 4/6/2022 | 2,551 | $17.20 | ($43,877.20) |
| **Class Period Purchases:** | | **49,876** | | **($430,410.52)** |
| Pre-Class Period Holdings: | | 0 | | |
| | | | | |
| Sale | 2/2/2022 | (1,957) | $5.18 | $10,137.26 |
| Sale | 2/3/2022 | (1,743) | $5.10 | $8,889.30 |
| Sale | 2/3/2022 | (10,000) | $5.11 | $51,100.00 |
| Sale | 3/8/2022 | (110) | $6.71 | $738.10 |
| Sale | 3/8/2022 | (1,000) | $6.61 | $6,610.00 |
| Sale | 3/8/2022 | (1,000) | $6.61 | $6,610.00 |
| Sale | 3/8/2022 | (1,000) | $6.61 | $6,610.00 |
| Sale | 3/8/2022 | (1,000) | $6.61 | $6,610.00 |
| Sale | 3/8/2022 | (300) | $6.65 | $1,995.00 |
| Sale | 3/8/2022 | (3,000) | $6.60 | $19,800.00 |
| Sale | 3/8/2022 | (4,000) | $6.59 | $26,360.00 |
| Sale | 3/8/2022 | (762) | $6.51 | $4,960.62 |
| Sale | 4/5/2022 | (5,435) | $15.70 | $85,329.50 |
| Sale | 4/5/2022 | (1,186) | $17.25 | $20,458.50 |
| **Class Period Sales That Match** **Class Period Purchases:** | | **(32,493)** | | **$256,208.28** |
| | | | | |
| **Shares Held:** | | 17,383 | $0.69 | **$11,927.90** |

| | | LIFO Gain/(Loss): | | ($162,274.34) |
|---|---|---|---|---|

**Sen Gao**          **Account No. 1**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 11/23/2021 | 3,000 | $3.62 | ($10,860.00) |
| Purchase | 11/23/2021 | 3,000 | $3.63 | ($10,890.00) |
| Purchase | 11/23/2021 | 1,387 | $3.64 | ($5,048.68) |
| Purchase | 12/22/2021 | 5,000 | $3.76 | ($18,800.00) |
| Purchase | 12/22/2021 | 5,000 | $3.78 | ($18,900.00) |
| Purchase | 12/22/2021 | 5,000 | $3.79 | ($18,950.00) |
| Purchase | 12/22/2021 | 5,000 | $3.79 | ($18,950.00) |
| Purchase | 12/22/2021 | 5,000 | $3.77 | ($18,850.00) |
| Purchase | 12/22/2021 | 5,000 | $3.77 | ($18,850.00) |
| Purchase | 12/22/2021 | 5,000 | $3.70 | ($18,500.00) |
| Purchase | 12/22/2021 | 5,000 | $3.68 | ($18,400.00) |
| Purchase | 12/27/2021 | 100 | $3.89 | ($389.00) |
| Purchase | 12/27/2021 | 994 | $3.95 | ($3,926.30) |
| Purchase | 12/27/2021 | 1,047 | $3.96 | ($4,146.12) |
| Purchase | 12/27/2021 | 5,000 | $3.97 | ($19,850.00) |
| Purchase | 12/27/2021 | 5,000 | $4.00 | ($20,000.00) |
| Purchase | 12/27/2021 | 5,000 | $4.00 | ($20,000.00) |
| Purchase | 12/27/2021 | 5,000 | $4.00 | ($20,000.00) |
| Purchase | 12/27/2021 | 5,000 | $3.86 | ($19,300.00) |
| Purchase | 12/27/2021 | 5,000 | $3.86 | ($19,300.00) |
| Purchase | 1/3/2022 | 5,000 | $5.16 | ($25,800.00) |
| Purchase | 1/3/2022 | 5,000 | $5.16 | ($25,800.00) |
| Purchase | 1/3/2022 | 1,790 | $5.16 | ($9,236.40) |
| Purchase | 1/3/2022 | 700 | $5.16 | ($3,612.00) |
| Purchase | 1/3/2022 | 5,941 | $5.30 | ($31,487.30) |
| Purchase | 3/31/2022 | 500 | $13.05 | ($6,525.00) |
| Purchase | 3/31/2022 | 335 | $13.51 | ($4,525.85) |
| Purchase | 4/1/2022 | 752 | $13.00 | ($9,776.00) |
| Purchase | 4/1/2022 | 500 | $12.80 | ($6,400.00) |
| Purchase | 4/1/2022 | 500 | $13.01 | ($6,505.00) |
| Purchase | 4/1/2022 | 704 | $13.21 | ($9,299.84) |
| Purchase | 4/1/2022 | 500 | $13.20 | ($6,600.00) |
| Purchase | 4/1/2022 | 500 | $13.20 | ($6,600.00) |
| Purchase | 4/1/2022 | 500 | $13.21 | ($6,605.00) |
| Purchase | 4/1/2022 | 500 | $13.39 | ($6,695.00) |
| Purchase | 4/1/2022 | 500 | $13.35 | ($6,675.00) |
| Purchase | 4/1/2022 | 500 | $13.32 | ($6,660.00) |
| Purchase | 4/6/2022 | 624 | $16.80 | ($10,483.20) |
| Purchase | 4/6/2022 | 925 | $16.45 | ($15,216.25) |
| Purchase | 4/7/2022 | 348 | $17.80 | ($6,194.40) |
| Purchase | 4/8/2022 | 3,493 | $18.80 | ($65,668.40) |
| Purchase | 4/8/2022 | 715 | $17.00 | ($12,155.00) |

| Transaction | Date | Quantity | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 4/12/2022 | 3,800 | $8.78 | ($33,364.00) |
| **Class Period Purchases:** | | **114,155** | | **($625,793.74)** |
| Pre-Class Period Holdings: | | 0 | | |
| | | | | |
| Sale | 2/3/2022 | (7,595) | $5.0000 | $37,975.00 |
| Sale | 2/3/2022 | (364) | $5.0000 | $1,820.00 |
| **Class Period Sales That Match Class Period Purchases:** | | **(7,959)** | | **$39,795.00** |
| | | | | |
| **Shares Held:** | | 106,196 | $0.69 | **$72,869.76** |
| | | | | |
| | | | **LIFO Gain/(Loss):** | **($513,128.98)** |

**Sen Gao**　　　　　**Account No. 2**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 12/10/2021 | 3,000 | $3.6000 | ($10,800.00) |
| Purchase | 12/11/2021 | 3,000 | $3.5600 | ($10,680.00) |
| Purchase | 12/13/2021 | 5,000 | $3.5500 | ($17,750.00) |
| Purchase | 12/13/2021 | 5,000 | $3.5300 | ($17,650.00) |
| Purchase | 12/13/2021 | 5,000 | $3.5300 | ($17,650.00) |
| Purchase | 12/14/2021 | 8,600 | $3.6900 | ($31,734.00) |
| Purchase | 12/15/2021 | 5,000 | $3.5500 | ($17,750.00) |
| Purchase | 4/13/2022 | 4,900 | $9.2000 | ($45,080.00) |
| Purchase | 4/13/2022 | 1,800 | $9.2700 | ($16,686.00) |
| Purchase | 4/13/2022 | 1,000 | $9.0000 | ($9,000.00) |
| Purchase | 4/13/2022 | 1,000 | $9.2000 | ($9,200.00) |
| Purchase | 4/13/2022 | 808 | $8.7000 | ($7,029.60) |
| Purchase | 4/13/2022 | 900 | $8.7000 | ($7,830.00) |
| **Class Period Purchases:** | | **45,008** | | **($218,839.60)** |
| Pre-Class Period Holdings: | | 0 | | |
| | | | | |
| Sale | 2/4/2022 | (25,459) | $4.9800 | $126,785.82 |
| Sale | 2/4/2022 | (9,141) | $5.0171 | $45,861.31 |
| **Class Period Sales That Match Class Period Purchases:** | | **(34,600)** | | **$172,647.13** |
| | | | | |
| **Shares Held:** | | 10,408 | $0.69 | **$7,141.78** |
| | | | | |
| | | | **LIFO Gain/(Loss):** | **($39,050.69)** |
| | | | | |
| | | | **TOTAL FOR SEN GAO** | **($552,179.66)** |

**Luxiao Xu**　　　　　**Account No. 1**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |

| Purchase | 4/13/2022 | 500 | $8.99 | ($4,495.00) |
|---|---|---|---|---|
| Purchase | 4/13/2022 | 500 | $9.00 | ($4,500.00) |
| Purchase | 4/13/2022 | 200 | $8.70 | ($1,740.00) |
| Purchase | 4/13/2022 | 200 | $8.70 | ($1,740.00) |
| Purchase | 4/13/2022 | 200 | $8.65 | ($1,730.00) |
| Purchase | 4/13/2022 | 200 | $8.63 | ($1,726.00) |
| Purchase | 4/13/2022 | 200 | $8.63 | ($1,726.00) |
| **Class Period Purchases:** | | **2,000** | | **($17,657.00)** |
| | | | | |
| **Shares Held:** | | 2,000 | $0.69 | **$1,372.36** |
| | | | | |
| | | | **LIFO Gain/(Loss):** | **($16,284.64)** |

**Luxiao Xu**        **Account No. 2**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 4/13/2022 | 200 | $8.8000 | ($1,760.00) |
| Purchase | 4/13/2022 | 1,000 | $8.8000 | ($8,800.00) |
| Purchase | 4/13/2022 | 1,000 | $8.7970 | ($8,797.00) |
| Purchase | 4/13/2022 | 500 | $8.7800 | ($4,390.00) |
| Purchase | 4/13/2022 | 500 | $8.7800 | ($4,390.00) |
| Purchase | 4/13/2022 | 500 | $9.0000 | ($4,500.00) |
| Purchase | 4/13/2022 | 500 | $9.0000 | ($4,500.00) |
| Purchase | 4/13/2022 | 500 | $8.9920 | ($4,496.00) |
| Purchase | 4/13/2022 | 1,000 | $9.0000 | ($9,000.00) |
| **Class Period Purchases:** | | **5,700** | | **($50,633.00)** |
| | | | | |
| **Shares Held:** | | 5,700 | $0.69 | **$3,911.24** |
| | | | | |
| | | | **LIFO Gain/(Loss):** | **($46,721.76)** |
| | | | | |
| | | | **TOTAL FOR LUXIAO XU** | **($63,006.40)** |

**Congli Hou**

| LIFO | | | | |
|---|---|---|---|---|
| **Transaction** | **Date** | **Quantity** | **Price Per Share** | **Cost/Proceeds** |
| Purchase | 4/13/2022 | 152 | $8.80 | ($1,337.60) |
| Purchase | 4/13/2022 | 500 | $9.00 | ($4,500.00) |
| Purchase | 4/13/2022 | 500 | $8.98 | ($4,490.00) |
| Purchase | 4/13/2022 | 500 | $8.99 | ($4,495.00) |
| Purchase | 4/13/2022 | 500 | $8.98 | ($4,490.00) |
| Purchase | 4/13/2022 | 500 | $9.00 | ($4,500.00) |
| **Class Period Purchases:** | | **2,652** | | **($23,812.60)** |
| | | | | |
| **Shares Held:** | | 2,652 | $0.69 | **$1,819.75** |

|  |  |
|---|---|
| **LIFO Gain/(Loss):** | **($21,992.85)** |
| **TOTAL LOSS** | **($799,453.25)** |

[1]The average closing prices from 11/17/22 - 2/7/23.  The look-back period will end on 2/14/23.  For the financial interest analysis, the price is rounded to the nearest cent.