# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERO CRIVELLARO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, and LEI NIE,<br><br>Defendants. | Case No. 1:22-cv-07499 |

## JOINT DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION

We, Ruibin Wang, Sen Gao, Congli Hou, and Luxiao Xu, pursuant to 28 U.S.C. §1746, declare as follows:

1.      We respectfully submit this joint declaration in support of our motion for appointment as lead plaintiff in the securities class action litigation against Singularity Future Technology Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity" or the "Company") and certain of the Company's executive officers and directors. We each have personal knowledge of the facts set forth below relating to our own activities, actions and beliefs, and would testify competently thereto.

2.      We have a pre-litigation relationship and have known each other for several years. Specifically, Ruibin Wang and Sen Gao were schoolmates as children and have known each other for over 20 years. Ruibin Wang and Luxiao Xu have known each other for about 6 years and currently work together. Ruibin Wang and Congli Hou are in a romantic relationship and have known each other for about 5 years. Together, we made the decision to invest in Singularity.

- 1 -

3.    I, Ruibin Wang, suffered substantial losses as a result of my transactions in Singularity securities between February 12, 2021 and November 17, 2022, inclusive (the "Class Period"), and I am motivated to obtain the best possible result for myself and the class. I am a resident of Shenzhen, China. I have a bachelor's degree in business management of agriculture and forestry. I created an applications company. I am 31 years old and have been investing in the stock market for approximately 7 years. I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Singularity investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

4.    I, Sen Gao, suffered substantial losses as a result of my transactions in Singularity securities during the Class Period, and I am motivated to obtain the best possible result for myself and the class. I am a resident of Yunnan, China. I have a master's degree in international relations. I am a manager for a media company. I am 31 years old and have been investing in the stock market for approximately 6 years. I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the PSLRA, which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Singularity investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

5.    I, Congli Hou, suffered substantial losses as a result of my transactions in Singularity securities during the Class Period, and I am motivated to obtain the best possible result for myself and the class. I am a resident of Shenzhen, China. I have 3 years of college education.

- 2 -

I currently work for a company in the human resources department. I am 27 years old and have been investing in the stock market for approximately 2 years. I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the PSLRA, which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Singularity investors harmed by the defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

6.      I, Luxiao Xu, suffered substantial losses as a result of my transactions in Singularity securities during the Class Period, and I am motivated to obtain the best possible result for myself and the class.  I am a resident of Tianjin, China. I have a bachelor's degree in management. I am the Chief Technology Officer for Mr. Wang's applications company. I am 30 years old and have been investing in the stock market for approximately 5 years. I understand the responsibilities and obligations of serving as lead plaintiff pursuant to the PSLRA, which include acting as a fiduciary for all class members, staying informed about this litigation, and selecting and overseeing lead counsel. I am willing to serve in this capacity on behalf of the other Singularity investors harmed by defendants' alleged misconduct, and I am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery.

7.      We are familiar with the facts and circumstances concerning the pending class action lawsuit involving Singularity.  After reviewing information concerning the lawsuit filed against Singularity, and on behalf of our group, Mr. Wang contacted various law firms, including the Schall Law Firm.  Mr. Wang communicated with Brian Schall from the Schall Law Firm via email participated in several telephone calls with Mr. Schall and James Maro from Berger Montague PC regarding the possibility of serving as a lead plaintiff on behalf of other Singularity

- 3 -

investors, and the duties and responsibilities that we would assume if appointed as lead plaintiff under the PSLRA.

8.      As investors who suffered substantial losses in Singularity securities during the Class Period, and because of our pre-litigation relationship, we believe it is in the class's best interest that we jointly seek appointment as lead plaintiff in this case. Because of the complexity of the case, and the substantial losses suffered as a result of the defendants' alleged violations of the federal securities laws, we each have the incentive, ability and desire to control the litigation and maximize the recovery for the class.

9.      We believe that we can maximize the class's recovery by seeking joint appointment as co-lead plaintiffs and by seeking the appointment of Berger Montague PC as lead counsel and the Schall Law Firm as additional counsel. We believe our ability to jointly lead this case would provide the class the benefits of joint decision-making and allow each of us to confer with the other as we lead this important litigation on behalf of Singularity investors.

10.     Before filing our motion, we convened a meeting via Microsoft Teams to discuss our oversight of this litigation and direction of counsel. We discussed, among other things, the strategy for prosecuting the case, the strengths of seeking appointment together as investors, the lead plaintiff's responsibilities, our oversight of counsel, our commitment to act in the class's best interests, and the lead plaintiff motion process. We intend to make all decisions jointly, taking into consideration our counsel's advice. We are committed and willing to reconvene additional conference calls, in person meetings, or other communications – with and without counsel present – as often and regularly as necessary to ensure responsible oversight and direction of counsel if we are appointed lead plaintiff.

11.     We understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members. We are aware of the requirements and responsibilities of being lead

- 4 -

plaintiff in a securities class action, including interacting with and directing counsel, reviewing and commenting on important documents in the case, attending important court hearings and trial as necessary, participating in discovery, overseeing settlement discussions, and authorizing any potential settlement on behalf of the class. We are willing to undertake these responsibilities on behalf of the class. We have instructed counsel to conduct the litigation in an efficient manner, to avoid the duplication of efforts and costs where practicable, and to provide regular updates as frequently as necessary. We have negotiated a limit of less than the standard 33 1/3% in attorney's fees of any class action settlement in this action.

12.     We understand that we are under no obligation to seek appointment as lead plaintiff (individually or as a group) or to propose the appointment of Berger Montague PC as lead counsel and the Schall Law Firm as additional counsel. We each understand that we were free to select and propose any qualified counsel to serve as lead counsel.

13.     We hereby reaffirm that we are committed to satisfying the fiduciary obligations that we will assume if appointed lead plaintiff. We will ensure that the Singularity securities litigation will be vigorously prosecuted consistently with the lead plaintiff's obligation under the PSLRA and in the best interests of the class, and will seek to obtain the greatest possible recovery for the class.

I, Ruibin Wang, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on Feb. 6. 2023

_____
Ruibin Wang

I, Sen Gao, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on 2023. 02. 06.

_____
Sen Gao

- 5 -

I, Congli Hou, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on _6, Feb, 2023_.

_Congli Hou_
Congli Hou

I, Luxiao Xu, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on _Feb, 6, 2023_

_Luxiao Xu_
Luxiao Xu

- 6 -