# AFFIDAVIT OF SERVICE

| Case: 1:22-cv-07499 | Court: UNITED STATES DISTRICT COURT | County: EASTERN DISTRICT OF NEW YORK | Job: 9112683 |
|---|---|---|---|
| Plaintiff / Petitioner: PIERO CRIVELLARO, Individually, and on behalf of all others similarly situated | | Defendant / Respondent: SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINGO GLOBALSHIPPING AMERICA LTD. et al. | |
| Received by: L&M Attorney Client Services, LLC | | For: Dennis Richman's Services | |
| To be served upon: YANG JIE | | | |

I, Brendan Long, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** YANG JIE, REDACTED Great Neck, NY 11023
**Manner of Service:** Personal/Individual, Jun 30, 2023, 12:33 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS JURY TRIAL DEMANDED,

**Additional Comments:**
1) Successful Attempt: Jun 30, 2023, 12:33 pm EDT at REDACTED Great Neck, NY 11023 received by YANG JIE.

Age: 40-46 Skin Color: Tan Gender: Male Weight: 170lbs Height: 5'10" Hair: Black Relationship: Self

Other: Seated in car at time of service. Spoke limited English.

I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

_____   7/7/23
Brendan Long                 Date
Lic. No. 2107297-DCA

L&M Attorney Client Services, LLC
Lic. No. 2103982-DCA
PO Box 230
Massapequa Park, NY 11762-3827
(516) 916-0955  (917) 837-3803

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
7/7/23           10-19-24
Date             Commission Expires

ERIK FERNANDEZ
Notary Public, State of New York
No. 01FE6410174
Qualified in Queens County
Commission Expires Oct. 19, 2024