AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PIERO CRIVELLARO, Individually and on behalf of a )<br>*Plaintiff* )<br>v. )<br>SINGULARITY FUTURE TECHNOLOGY, et al, )<br>*Defendant* ) | Case No.  1:22-cv-07499 (BMC) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd.

Date: 07/17/2023

Alexander G. Malyshev
*Attorney's signature*

Alexander G. Malyshev
*Printed name and bar number*

Carter Ledyard & Milburn LLP
28 Liberty St., 41st Fl
New York, NY 10005
*Address*

malyshev@clm.com
*E-mail address*

(212) 238-8618
*Telephone number*

(212) 732-3232
*FAX number*