

**MICHAEL C. DELL'ANGELO** / *EXECUTIVE SHAREHOLDER*
**d** 215.875.3080 **m** 610.608.8766 | mdellangelo@bm.net

August 28, 2023

**VIA ECF**

Brian M. Cogan, United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    ***Piero Crivellaro v. Singularity Future Technology Ltd. et al.*,**
> **Case No. 1:22-cv-7499-BMC**

Dear Judge Cogan:

We represent Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo in the above-referenced case. We write to respectfully request the Court's approval to file a Corrected Amended Complaint in place of the operative Amended Complaint filed on August 18, 2023 ("Amended Complaint," Dkt. No. 34) and to extend by one week the Appearing Defendants' deadline to answer or file a premotion conference letter for any motion to dismiss from September 8, 2023 to September 15, 2023. (*See* Order dated July 18, 2023).

First, three new defendants were added to the Amended Complaint, John Levy, Thor Miner, Inc. and Golden Mainland, Inc. We understand from the Clerk of Court that the summons necessary to serve the Amended Complaint on the new defendants could not be issued because the caption on the as filed complaint must reflect the addition of the new defendants. Second, due to version control issues that occurred on the date of filing, extensive non-substantive corrections were not merged into the Amended Complaint that is currently on file in this case. For Your Honor's review, a redlined version showing the corrections and a clean version of the proposed Corrected Amended Complaint are attached hereto as Exhibits 1 and 2 respectively. Prior to submitting this request, a redlined version of the [PROPOSED] Corrected Amended Complaint was provided to counsel for the Appearing Defendants.[1]

---

[1] The Appearing Defendants are Singularity Future Technology Ltd., Yang Jie, Zhikang Huang, Xiaohuan Huang, and Jing Shan (*see* Dkt. Nos. 24, 28, 29, 33, and 35).



The Appearing Defendants do not oppose the filing of the [PROPOSED] Corrected Amended Complaint and Lead Plaintiffs do not oppose the extension of time for the Appearing Defendants to answer or file a premotion conference letter.

Respectfully submitted,

Michael C. Dell'Angelo

cc:    All Counsel of record (via ECF)