## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.<br><br>　　　　　Defendants. | Case No.: 22-cv-07499-BMC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Aaron Wolfson, an attorney admitted in this Court, on behalf of the law firm of King & Wood Mallesons LLP, hereby enters an appearance in the above-captioned matter as counsel for Defendant Lei Cao. Please direct all court notices and correspondence regarding this case to the undersigned.

Dated: New York, New York
　　　　September 26, 2023

　　　　　　　　　　　　　　　　　KING & WOOD MALLESONS LLP

　　　　　　　　　　　　　　　　　By: */s/ Aaron Wolfson*
　　　　　　　　　　　　　　　　　　　Aaron Wolfson
　　　　　　　　　　　　　　　　　　　500 Fifth Avenue, 50th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10110
　　　　　　　　　　　　　　　　　　　( 917) 992 8194
　　　　　　　　　　　　　　　　　　　aaron.wolfson@us.kwm.com

　　　　　　　　　　　　　　　　　*Counsel for Defendant Lei Cao*