**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,

          Plaintiffs,

v.

SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.

          Defendants.

**Case No.: 22-cv-07499-BMC**

**NOTICE OF DEFENDANT JOHN LEVY'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Defendant John Levy's Memorandum of Law in Support of His Motion to Dismiss the Second Amended Class Action Complaint the undersigned will move this Court before the Honorable Brian M. Cogan, United States District Judge, at United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201 at a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Second Amended Class Action Complaint (Dkt. 58) in the above-captioned action in its entirety with prejudice and without leave to amend.

Dated:  November 20, 2023

Respectfully submitted:

**BLANK ROME LLP**
By: */s/ Samuel D. Levy*
    Samuel D. Levy (SDL9271)
    Alexandra Clark
    1271 Avenue of the Americas
    New York, NY 10020
    Tel.: 212-885-5000
    Samuel.Levy@BlankRome.com
    Alexandra.Clark@BlankRome.com

    *Counsel for John Levy*