# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, individually and on behalf of all others similarly situated,<br><br>     **Plaintiffs,**<br><br>  v.<br><br>SINGULARITY FUTURE TECHONOLGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br>     **Defendants.** | Case No. 22-cv-07499-BMC<br><br>MOTION BY DEFENDANT SHAN TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT |

**P**LEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all papers and proceedings herein, Defendant Jing Shan will move this Court before the Honorable Brian M. Cogan, United States District Judge, Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, 11201, on a date and time to be designated by the Court, for an order and judgment pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing all of Plaintiffs' claims against Defendant Jing Shan.

Dated: November 20, 2023
   New York, New York

           CADWALADER, WICKERSHAM & TAFT LLP

    By: *s/Michael D. Pinnisi*
       Michael D. Pinnisi (MP5075)
       200 Liberty Street
       New York, New York 10281
       Telephone: (212) 504-6000
       Michael.Pinnisi@cwt.com
       *Attorneys for Defendant Jing Shan*

TO: all counsel of record via ECF

**CERTIFICATE OF SERVICE**

I, Michael D. Pinnisi, hereby certify that on November 20, 2023, I caused the foregoing

Motion by Defendant Shan to Dismiss Plaintiffs' Second Amended Class Action Complaint and its

accompanying Memorandum of Law to be filed electronically via the Court's ECF system.

The documents are available for viewing and downloading via the ECF PACER system.

_s/ Michael D. Pinnisi_
Michael D. Pinnisi