Alexander G. Malyshev
Madelyn K. White
CARTER LEDYARD & MILBURN LLP
28 Liberty St., 41st Floor
New York, NY 10005
 (212) 732-3200
*Attorneys for Defendants Singularity Future*
*Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd.,*
*and Zhikang Huang*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC., <br><br> Defendants. | Case No: 22-cv-07499-BMC <br><br> **ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law, the

Declaration of Alexander G. Malyshev, with exhibits thereto, and all other papers filed herein

including the contemporaneous motions to dismiss filed by other defendants, Defendants

Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd. and Zhikang

Huang, will move this Court on a date to be determined by the Court, before the Honorable Brian

M. Cogan, United States District Judge, at the Courthouse at 225 Cadman Plaza East, Brooklyn,

11245413.1

NY 11201, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the Second Amended Complaint.

Please take further notice that pursuant to the Court Order entered October 19, 2023, opposition papers, if any, are due on or before January 5, 2024, and reply papers, if any, are due on or before January 26, 2024.

Dated: New York, New York
November 20, 2023

CARTER LEDYARD & MILBURN LLP

By:   */s/ Alexander G. Malyshev*
Alexander G. Malyshev
Madelyn K. White
28 Liberty St., 41st Floor
New York, NY 10005
(212) 732-3200
malyshev@clm.com
*Attorneys for Defendants Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd., and Zhikang Huang*

11245413.1