**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br>Defendants. | Case No: 22-cv-07499-BMC<br><br><br><br>**DECLARATION IN SUPPORT OF DEFENDANTS SINGULARITY FUTURE TECHNOLOGY, LTD.'S AND ZHIKANG HUANG'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

ALEXANDER G. MALYSHEV, an attorney duly admitted to practice law before this Court, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a partner with the law firm Carter Ledyard & Millburn LLP, attorneys for Defendants Singularity Future Technology, Ltd. ("Singularity" or the "Company") and Zhikang Huang ("Zhikang") (collectively here, "Defendants"). I make this declaration in support of Defendants' motion to dismiss the Second Amended Complaint (the "SAC") under Fed.R.Civ.P. 12(b)(6) for its failure to state a claim of securities fraud under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 over the period of February 2, 2021 to February 24, 2023 (the "Class Period").

11244219.4

2.    A true and correct copy of a chart tracking the stock price of Singularity's stock during the Class Period from Yahoo! Finance is annexed as **Exhibit A**.  The chart was generated by Yahoo! Finance after inputting the date range spanning the Class Period: February 2, 2021 to February 24, 2023.  An interactive version of the chart can be found online here:  *Singularity Future Technology, Ltd. (SGLY) Interactive Stock Chart*, Yahoo! Finance, (last accessed November 20, 2023), https://yhoo.it/3QyraNO.

3.    A true and correct copy of a chart tracking the value of the cryptocurrency Bitcoin in U.S. dollars during the Class Period from Yahoo! Finance is annexed as **Exhibit B**.  The chart was generated by Yahoo! Finance after inputting the date range spanning the Class Period: February 2, 2021 to February 24, 2023.  An interactive version of the chart can be found online here: *Bitcoin USD (BTC-USD) Interactive Stock Chart*, Yahoo! Finance, (last accessed November 20, 2023), https://yhoo.it/49EAFDN.

4.    A true and correct copy of a chart tracking the value of the S&P Cryptocurrency Broad Digital Market (BDM) Index for the last three years is annexed as **Exhibit C**.  The index was created by S&P Dow Jones on July 13, 2021, using hypothetical back-testing for performance of the index predating its creation.  The chart was generated by S&P Dow Jones Indices, under a tab for a "3 Year" look at the index performance.  The attached chart is screenshot of the three-year lookback of the index's value from November 16, 2023.  The chart is available online here:  *S&P Cryptocurrency Broad Digital Market Index*, S&P Dow Jones Indices, (last accessed November 16, 2023), https://www.spglobal.com/spdji/en/indices/digital-assets/sp-cryptocurrency-broad-digital-market-index/#overview.

Dated: November 20, 2023

*/s/ Alexander G. Malyshev*
Alexander G. Malyshev