UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
    :
    :
SEN GAO, CONGLI HUO, RUBIN WANG,     :  Case No. 22-cv-07499-BMC
LUXIAO XU, Individually, and on behalf of all others :
similarly situated,     :
    :
    :  **NOTICE OF MOTION**
Plaintiffs     :  **TO DISMISS**
    :
v.     :  **ORAL ARGUMENT**
    :  **REQUESTED**
    :
SINGULARITY FUTURE TECHNOLOGY, LTD     :
F/K/A SINO-GLOBAL SHIPPING AMERICA LTD,     :
YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, :
XIAOHUAN HUANG, JING SHAN, TIELING     :
LIU, JING WANG, LEI NIE, JOHN LEVY, THOR     :
MINER, INC., AND GOLDEN MAINLAND, INC.,     :
    :
Defendants.     :
    :
    :
------------------------------------------------------------------- X

To:  **KIRBY McINERNY**
    Ira M. Press, Esq.
    Sarah E. Flohr, Esq.
    *Local Counsel for Plaintiffs*
    250 Park Avenue, Suite 820
    New York, NY 10177

    **BERGER MONTAGUE, P.C.**
    Michael Dell'Angelo, Esq.
    Andrew D. Abramowitz, Esq.
    James A. Maro, Esq.
    *Lead Counsel for Plaintiffs*
    1818 Market Street, Suite 3600
    Philadelphia, PA 19103

    **PLEASE TAKE NOTICE,** that Defendants Yang Jie and Xiaohuan Huang ("Moving

Defendants"), by and through their undersigned counsel, shall move to dismiss the Complaint in

the instant matter before the Honorable Bruce M. Cogan, United States District Judge, on a date

24296979v.1

and at a time to be determined by the Court, at the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201. Defendants bring this motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted, under the Private Securities Litigation Reform Act, and for additional grounds cited in the accompanying memorandum of law. Oral argument on this motion is requested.

New York, New York
Dated: November 20, 2023

**BECKER & POLIAKOFF, LLP**
*Attorneys for Defendants Yang Jie
and Xiaohuan Huang*

By:    /s/ James J. Mahon
        James J. Mahon, Esq. (JM5405)

        /s/ Adam K. Gallagher
        Adam K. Gallagher, Esq. (AG9289)
        45 Broadway, 17th Floor
        New York, New York 10006
        Phone: 212-599-3322
        Fax: 212-557-0295

24296979v.1