# EXHIBIT B

Peabody Street Research                                                          5 May 2022

## Singularity Future Technology (SGLY): The Future Might Not Be So Bright

Singularity Future Technology (NASDAQ: SGLY) is a $148M Chinese shipping logistics company turned crypto company with too many red flags to count. Our due diligence has led us to believe the company is significantly overvalued:

- Singularity's shipping & logistics business is burning cash; its reliance on key partnerships and related party customers is concerning.
- Singularity's CEO, Yang Jie, is a wanted fugitive in China. He's previously been sued in the US for stealing money and is accused of fundraising fraud in China.
- Singularity claims to sell a "proprietary" Bitcoin miner; our research indicates it is selling a miner extraordinarily similar to that of a competitor.
- Past joint venture history could indicate future financial failure of Singularity. Singularity's latest joint venture with Golden Mainland raises a plethora of unanswered questions following our on ground investigation.

Singularity Future Technology was founded in 2001 by Lei Cao, who for twenty years served as its CEO. Singularity was founded under the name of Sino Global Shipping before changing its name in January of this year to more properly reflect its newfound business interest in cryptocurrency. Sino Global's name change was preceded in November by Cao stepping down as CEO who was replaced by Yang Jie. Singularity has historically been a provider of logistics and shipping management services.

Recently, Singularity's stock has exploded in value. The run-up can largely be attributed to Singularity entering into a joint venture to sell Bitcoin miners under the brand name "Thor." **Since the day of the announcement, October 4th 2021, the stock is up a mind-numbing 180%.** At one point, the stock came close to hitting $20 a share. Since the announcement, Singularity has continued to construct new press releases announcing its intentions to further invest in its cryptocurrency businesses.

Peabody Street Research                                          5 May 2022

During the course of our investigation, we uncovered several warning signs in the company. Upon our due diligence, we believe that Singularity should be valued at its cash value which roughly implies **our target price of $2.40**. The stock currently trades at $6.75 a share.

## An Uncanny Career Path: Chinese Fugitive Turned NASDAQ CEO

Before becoming CEO of Singularity, Jie served as the Vice President of Singularity starting in January 2021. From November 2016 to June 2021, Jie served as the General Manager of China Commercial Credit.

**Yang Jie**
Chief Executive Officer and Director
Age – 37
Director since 2021

Mr. Yang Jie started his work with the Registrant from January 2021 as Vice President. From November 2016 to June 2021, Mr. Yang Jie served as the General Manager of China Commercial Credit, Inc. Mr. Yang Jie holds a Bachelor's degree in Business Management from Beijing Finance and Trade Technology College. Mr. Jie has been nominated to serve because of his business management expertise.

Singularity's Proxy Statement Confirming Jie's Employment At China Commercial Credit

China Commercial's stock plunged more than 80% since the beginning of Jie taking the reins. A lawsuit against Jie alleges that he stole $3.5M from an escrow account. Furthermore, it states that Jie was under criminal investigation in China in regards to the theft of roughly $300M US Dollars—interesting enough, it was for securities fraud.

*"It later became apparent that Ms. Xiaoying Sun, an employee of Sorghum responsible for overseeing the Reverse Merger, including making arrangements for the transfer of funds into the Lin Escrow Account, was secretly working with Mr. Jie to divert the escrow funds to accounts controlled by Mr. Jie (id., ¶ 30). Sorghum subsequently learned that **Mr. Jie was under criminal investigation in China in connection with the theft of approximately 2.9 billion RMB, the equivalent of roughly 300 million U.S. dollars**, from more than 20,000 investors through fraudulent securities transactions (id. ¶ 31)"* Source

The lawsuit allegations are corroborated by a Capital Watch news story in which it says Jie had fled the country and is wanted for fraud in China. Per the article,

> *"Moreover, CCTV news reported in December that a man by the name of Yang Jie was a wanted fugitive who had committed fraud in China. "Jie is accused of fund-raising fraud, and he is also guilty of falsifying state official documents," police in the city of Hefei told CCTV. "**Hefei District Procuratorate has approved the arrest, but Jie has fled abroad**," the report said.*

> *While there was some dispute whether the two men were the same, **a source at Wheat Finance confirmed that the fugitive Yang Jie was the same Yang Jie from China Commercial who signed the merger contract with them**. "The age and passport numbers match," said the source, who spoke on the condition of anonymity as they were not authorized to speak publicly."*

### *Arbitration Tells All*

Further fascinated by Jie, we decided to review <u>Jie's arbitration agreement</u> regarding his alleged reverse merger theft against Wheat Finance.

In December 2017, Wheat Finance discovered that the entity retained to render a fair opinion on the reverse merger to Wheat Finance was entirely owned by Jie.

In the following days, CCTV reports that Jie is "under criminal investigation by Chinese law enforcement authorities in connection with fraudulent securities transactions." On December 19, 2017, CCTV reported that "Mr. Jie was a fugitive wanted by law enforcement."

In January 2018, Jie sent an emailed copy of a "no-prosecution letter" to Wheat Finance. Per the agreement, the email claimed that Jie is not involved with fraud in China, but rather the victim of fraud. Wheat Finance hired an attorney who gave an "authenticity opinion" stating the document provided by Jie had been forged.

Jie's legal issues in China could explain why Singularity refers to Yang Jie as Yang "Leo" Jie. There is no record of Jie being referred to as "Leo" prior to his tenure at Singularity.

*Footnote: China Commercial now trades under the name TD Holdings Inc & ticker symbol (NASDAQ: GLG)*

## Singularity's Legacy Shipping Business Appears To Be In Decline

Sino Global went public in May of 2008 as a shipping logistics company. Sino sought to streamline clients' shipping needs specializing in Chinese exports. Historically, Sino has relied on a handful of customers for the majority of its revenue. From 2009 to 2013, Capital Steel in China accounted for over 55% of Singularity's revenue on average. In 2014, Singularity lost China Steel's business. The year prior, a prominent Chinese businessman, Zhong Zhang, was granted the right to purchase <u>shares of Singularity at a discount</u>. Zhang became the largest shareholder of Singularity and in turn directed significant business to Singularity. Zhang began contracting through Singularity under an entity he owned, Zhiyuan Investment Group. Furthermore, Singularity derived a

significant portion of their gross profits from Zhiyuan Investment Group in 2015 & 2016.

In 2015, Sino Global decided to take a big swing by buying a physical Chinese ship, Rong Zhou, for $10.5M in cash, debt and/or stock.



Source: Sino Global Asset Purchase Agreement

To finance the purchase of the ship, Sino Global took to the public markets to raise the necessary capital via a stock and warrant offering. Sino scrapped the offering and instead gave shares worth $2.2M to the owner of the Rong Zhou. The additional money necessary would either come through granting shares or providing cash to the owner. Suffice to say, the deal blew up in December 2015. The boat was returned to its rightful owner with the shares being returned to Sino Global.

To add to Sino Global's worries, the company had received a delisting notice from the NASDAQ in November 2015 with its CFO departing as well.

**Singularity Insiders Dumped Nearly $1.1M In Shares Following A Mammoth Run-Up In Share Price**

Just months (February 2016) after receiving a delisting notice, Singularity decided to heavily reward Singularity's management team with stock. Among them was a stock grant for 300k shares to then CEO, Lei Cao. In November of 2016, Singularity's stock surged more than 200%. Coincidentally, Cao would begin to offload shares in November with other executives following suit. It is worth noting that these shares cost nothing for executives to acquire and were immediately vested. We've attached a chart below of the executives who sold off stock in the following months.

Peabody Street Research                                                    5 May 2022

*All Closing Prices Split Adjusted*

| Trade Date | Executive | Shares Sold | Close Price | $ Amount Sold |
|---|---|---|---|---|
| 11/28/16 | Lei Cao (CEO) | 15,000.00 | $ 21.25 | $ 318,750.00 |
| 12/16/16 | Huang Zhikang (COO), Lei Cao | 20,000.00 | $ 17.30 | $ 346,000.00 |
| 1/10/17 | Huang Zhikang (COO), Lei Cao | 180,000.00 | $ 15.30 | $ 2,754,000.00 |
| 1/13/17 | Tuo Pan (CFO) | 5,000.00 | $ 16.05 | $ 80,250.00 |
| 6/26/17 | Lei Cao (CEO) | 10,000.00 | $ 13.60 | $ 136,000.00 |
| 6/27/17 | Lei Cao (CEO) | 10,000.00 | $ 14.35 | $ 143,500.00 |
| 7/5/17 | Lei Cao (CEO) | 10,000.00 | $ 14.30 | $ 143,000.00 |
| 7/7/17 | Tuo Pan (CFO) | 200.00 | $ 14.30 | $ 2,860.00 |
| 7/10/17 | Lei Cao (CEO, Tuo Pan (CFO) | 19,800.00 | $ 14.35 | $ 284,130.00 |
| 7/11/17 | Lei Cao (CEO), Tuo Pan (CFO) | 15,000.00 | $ 15.15 | $ 227,250.00 |
| 10/5/17 | Lei Cao (CEO) | 41,000.00 | $ 14.40 | $ 590,400.00 |
| 10/6/17 | Lei Cao (CEO) | 19,000.00 | $ 14.40 | $ 273,600.00 |
| 10/10/17 | Yafei Li (CTO) | 1,000.00 | $ 14.10 | $ 14,100.00 |
| 10/11/17 | Tuo Pan (CFO) | 5,000.00 | $ 13.65 | $ 68,250.00 |

| | | |
|---|---|---|
| Net $ Volume | | $ 5,382,090.00 |
| **1-5 Reverse Split Adj.** | | $ 1,076,418.00 |

Source: Bloomberg

Singularity's share price slowly began to slide as net income losses proved prevalent. The story remained the same with Singularity relying on a handful of key customers for a majority of its revenue and profits. In 2020, Singularity's revenue plunged by 84% and the stock received a delisting notice on January 21, 2020. They circumvented the delisting notice through a 1 for 5 reverse split. Revenues continued to decline in 2021 and Singularity lost $6.1M on the disposal of their VIE structure, Sino China.

Singularity somehow managed to bank a net loss of $11.8M in the first 6 months of this fiscal year. Margins continue to be razor-thin in addition to declining revenues.

## A Crypto Deal Worth A Closer Look

On October 4th, Singularity entered into a joint venture with Highsharp, a Bitcoin mining manufacturer, to produce and commercialize "a proprietary Bitcoin mining machine under the name Thor, with exclusive rights covering design production, intellectual property, branding, marketing and sales."

To get the ball rolling, Singularity pledged to make a $10M investment in the company with Singularity owning 51% of Thor. Singularity claimed they were to develop a "proprietary" machine "with exclusive rights covering design production, intellectual property, branding." Based on our due diligence, we believe Singularity is selling a Bitcoin miner that is almost identical to a competitor's.

Peabody Street Research                                                    5 May 2022

Highsharp entered into a strategic partnership with a different company, AGM Holdings (NASDAQ: AGMH) on September 27th to produce Bitcoin miners for AGM. Furthermore, Highsharp is being sued by Canaan over patent infringement for $14M.

A glance at AGM's website shows these Bitcoin miners for sale, which can also be viewed here:



### KOI Miner C16 Series
supporting mining of Bitcoin, Bitcoin Cash and other cryptocurrencies

KOI Miner C16 is built on a new architecture using FinFET N+1 process technology. The computing power as a whole machine passes 100TH/s, as high as 113TH/s, with energy consumption rate of the unit computing force reduced to as low as 30J/T.

KOI Miner C16 adopts double air channel cooling designing for short distance ventilation and efficient heat dissipation. Its calculating force plate is designed to be accurately and long-lasting temperature-controllable, ensuring the smooth operation of the machine.

| Model | C16 Max | C16 Pro | C16 S | C16 M | C16 E |
|---|---|---|---|---|---|
| HASH RATE | 113TH/s | 98TH/s | 92TH/s | 82TH/s | 76TH/s |
| POWER CONSUMPTION | 3400W | 3400W | 3400W | 3400W | 3400W |
| POWER EFFICIENCY | 30J/T | 34J/T | 37J/T | 41J/T | 44J/T |
| PROCESS TECHNOLOGY | FinFET N+1 | FinFET N+1 | FinFET N+1 | FinFET N+1 | FinFET N+1 |
| BOARDS | 4 | 4 | 3 | 3 | 3 |
| NETWORK CONNECTION | Ethernet | Ethernet | Ethernet | Ethernet | Ethernet |
| TEMPERATURE | 0-40C | 0-40C | 0-40C | 0-40C | 0-40C |

Now over to thorminer.com, the joint venture website between Singularity and Highsharp. As you can see, the miner stats and photos are shockingly similar between Singularity's joint venture (Thor) & AGM:

### THOR MINER S99 Series
WORLD LEADING CRYPTO MINING MACHINE

| Model | S99XP | S99J | S99 |
|---|---|---|---|
| HASH RATE算力 | 113TH/s | 98TH/s | 92TH/s |
| POWER CONSUMPTION功耗 | 3400W | 3400W | 3400W |
| POWER EFFICIENCY效率 | 30J/T | 34J/T | 37J/T |
| PROCESS TECHNOLOGY制程 | FinFET N+1 | FinFET N+1 | FinFET N+1 |
| BOARDS计算板 | 4 | 4 | 3 |
| NETWORK CONNECTION网络 | Ethernet | Ethernet | Ethernet |
| TEMPERATURE温度 | 0-40C | 0-40C | 0-40C |

### Product Description

  

Peabody Street Research                                                        5 May 2022

Noticing that the stats and photos for the miners listed seemed almost identical, we inquired to Thor Miner via email asking if they were selling the same miners as AGM. They claimed to have different series per their email response yet we were not satisfied.



## *Singularity (Thor) Previously Advertised A Competitors Miner On Their Website*

We still weren't convinced that Thor had a different series so we turned to our wonderful friend: the Wayback Machine.



Peabody Street Research                                                    5 May 2022

**As you can see above, it appears that Singularity/Thor forgot to photoshop out one of AGM's logos on Thor's previous webpage. Why would they advertise a competitor's miner?**

Singularity, now armed to the teeth with their "proprietary" Bitcoin miners, required a buyer. None other than SOS Information Technology inked a deal on January 11th to buy up to $200M worth of Bitcoin miners from Thor Mining. For those asking if SOS sounds familiar, both Hindenburg and Culper Research published on the company. As a result, it now faces a possible delisting from the NASDAQ and currently has a market cap similar to Singularity.

Per SOS & Thor Miner's purchase agreement, the delivery agreement stipulates Thor must deliver SOS its purchased Bitcoin miners within 120 days. Per Singularity's press release on January 10th, 2022, it was stated that SOS had already paid Thor $40M upfront with another $40M to be paid upon completion of the order. Presuming the order date was January 10th, that would give Thor until May 10th, 2022 to complete the order. Based on our email exchange between us and a Thor miner representative, we believe Thor could struggle to meet SOS's necessary volume of miners.



Given limited availability and that the miner batch will be ready in August, not May, we are curious to see if SOS will cancel their order. Based on the purchase agreement, SOS would be within its rights to cancel the agreement if the miners are not delivered in time. Furthermore, management offered little guidance at its half-hour annual meeting regarding the delivery timeline of the miners.

Peabody Street Research                                                   5 May 2022

### *SOS Serves as Thor's Sole Customer; The Related Party Transaction That Went Undisclosed*

CEO Yang Jie's wife is Xiaohuan Huang. Huang previously served on the board of Singularity starting in October 2020 and resigned in November 2021. Huang was listed as serving as the Vice President of SOS per this 8-k in 2020. Given there has been no status update on Huang's employment with SOS, we believe she is still employed by SOS.

**Given she is the wife of Jie (Singularity's CEO), a former Board Member of Singularity, and an employee of SOS, this likely should have warranted a disclosed related party transaction. Singularity is yet to inform investors of this related party transaction**.

Singularity is yet to issue another press release celebrating the sale of more Bitcoin miners. Based on the research we present in our next section, we believe Thor Miner could have a similar fate to prior ventures of Singularity.

## Past Ventures Suggest Thor Might End Up As A Shelved Project

Singularity's pivot from shipping to cryptocurrency strikes us as odd given the two industries have little in common.  It appears Singularity draws on cryptocurrency exposure from a long line of joint ventures.

In February of 2021, Singularity signed a letter of intent to acquire 51% of Nine Chain Intelligent—a Mongolian Bitcoin and Ethereum miner. The deal appears to have never gone through given China's further regulation on cryptocurrency mining.

In March 2021, Singularity began to offer Bitcoin as a payment option for its shipping services. On March 2, 2021, Singularity entered into a purchase agreement with Hebei Yanghuai Technology Co., Ltd to purchase 2,781 Bitcoin miners to be operated at Yanghuai's site in China. Yet, a crypto crackdown in China forced Singularity to cut down the volume of Bitcoin miners it was purchasing. Then CEO, Lei Cao, remarked that Singularity planned to directly manage its cryptocurrency mining operation to optimize its gross margins. It is uncertain where the location of these miners is & if they are in Singularity's possession.

In March, Singularity attempted to acquire 60% of Supernode LLC for $5M—a blockchain infrastructure developer. Supernode LLC is registered in Delaware and tied to a virtual office address; little public information is available. Per Singularity, Supernode "will open additional opportunities to us in NFTs (non-fungible tokens), which have rapidly surged in popularity, market value, and breadth of digital products

Peabody Street Research                                                    5 May 2022

created." Per Singularity, the company has paused the acquisition due to the regulation of Bitcoin in China.

### *Riding The NFT Wave*

Singularity furthered its foray into the world of NFTs by announcing they were launching an NFT platform with Cybermiles in March 2021. Per Sino's press release, the NFT platform was to be released in July 2021 with then CEO, Lei Cao, saying, "This is clearly an exciting time for us, and we are playing to win." However, when you go to visit the Cybermiles NFT Platform, you're still met by a generic message stating the platform will launch in July. Now almost a year later, the platform has still not launched. Furthermore, when we went to download the Cybermiles app, we discovered it to be somewhat dysfunctional. There is an NFT section on the app that just sends you to third-party websites–most of the links appeared invalid when we tested the app. Additionally, the Cybermiles token only sports a market cap of $3.9M.

**We are concerned at the level of diligence Singularity executives did in their decision to partner with a seemingly no-name cryptocurrency company. Little public information is available on their prior joint venture partners.** We are highly skeptical of Singularity's ability to execute on the cryptocurrency front. To further explore our theory, we sought to pull apart Singularity's latest and greatest cryptocurrency venture with Golden Mainland.

## Singularity's Partner On Its Latest $250M Joint Venture Can't Even Afford Office Space

On April 11, 2022, Singularity announced a joint venture agreement with Golden Mainland Inc to "invest up to $250 million over time to build a total of 1GW of mining sites in Texas, Ohio, and other states, with capacity for up to 300,000 Bitcoin miners, each with 3,400 watts/hour in energy consumption." Given Jie's antics in China, we were excited to explore how truthful this venture was.

Per Singularity's 8-K filed with the SEC, Singularity claims Golden Mainland "owns nuclear power, hydropower, wind energy, solar energy, geothermal energy, biomass energy, etc. The company operates 10+GW of power resource use rights, and has diversified investment portfolios in the United States, Canada and other countries."

Peabody Street Research                                                                         5 May 2022

There are three glaring issues with this joint venture:

1. The website was created the day before Singularity's press release on April 10th:

**Name:** GLOBALMAINLAND.COM

**Registry Domain ID:** 2688158816_DOMAIN_COM-VRSN

**Domain Status:**
clientDeleteProhibited
clientRenewProhibited
clientTransferProhibited
clientUpdateProhibited

**Nameservers:**
NS07.DOMAINCONTROL.COM
NS08.DOMAINCONTROL.COM

**Dates**

**Registry Expiration:** 2024-04-10 03:37:19 UTC

**Updated:** 2022-04-10 03:37:20 UTC

**Created:** 2022-04-10 03:37:19 UTC

Source: ICANN

2. The entity, Golden Mainland Inc, was registered in Georgia roughly six months ago:

| | |
|---|---|
| Business Name: **GOLDEN MAINLAND INC** | Control Number: **21273541** |
| Business Type: **Domestic Profit Corporation** | Business Status: **Active/Compliance** |
| NAICS Code: **Any legal purpose** | NAICS Sub Code: |
| Principal Office Address: **2751 BUFORD HWY NE STE 404, ATLANTA, GA, 30324, USA** | Date of Formation / Registration Date: **10/25/2021** |
| State of Formation: **Georgia** | Last Annual Registration Year: **2022** |

Source: GA Corporate Lookup

3. In Singularity's press release filed with the SEC, they state that Golden Mainland **"operates 10+GW of power resource use rights." For context, 1 GW is enough to power about** 750,000 homes**. When we deduced that a 6-month-old company was capable of powering 7.5 million homes using renewable energy, we were astounded.**

Given these facts, we set out to Atlanta to visit Golden Mainland firsthand. Much to our chagrin, we were not met by a group of world-class engineers but rather by a local State Farm agent office.

Peabody Street Research                                                                 5 May 2022



Source: Our On-Site Visit

*Golden Mainland Operates More Covertly Than The CIA*

We inquired to both the State Farm agency owner and leasing manager to ask if they had any knowledge of Golden Mainland being at this address. The State Farm employee had "never heard of Golden Mainland." Furthermore, we spoke to the leasing manager of the address who said that Golden Mainland never leased space from them nor did the owner of Golden Mainland, Haiyao Jiang. Furthermore, the business address for Golden Mainland filed with the SEC does not yield a physical location on Google Maps. Our diligence suggests that the address filed for Golden Mainland with the SEC is simply the side of the road.

Peabody Street Research                                                5 May 2022



*Notice Generic Gmail Address & Wrong Address Listed on SEC Filing

Even after significant effort, we were not able to find a trace of Haiyao Jiang. We find it interesting that Jiang is able to serve as CEO, CFO, and Secretary of the company.

| Name | Title | Business Address |
|------|-------|------------------|
| HAIYAO JIANG | CEO | 2751 BUFORD HWY NE STE 404, ATLANTA, GA, 30324, USA |
| HAIYAO JIANG | CFO | 2751 BUFORD HWY NE STE 404, ATLANTA, GA, 30324, USA |
| HAIYAO JIANG | Secretary | 2751 BUFORD HWY NE STE 404, ATLANTA, GA, 30324, USA |

**Given our due diligence, we are very excited to see how and where Golden Mainland is operating enough renewables to power 7.5 million homes without even a small office to show for it. It is of great concern to us that Singularity is willing to invest up to $250M with seemingly little due diligence.**

It is worth noting that there has been speculation on various stock message boards that Golden Mainland might solely be a prop for Singularity. Our due diligence might support this possible theory. It's suspicious that a company which allegedly operates millions of dollars worth of energy would choose to build their website the day before Singularity's press release. Furthermore, a 6-month old LLC operating 10+ GW of renewable energy is far-fetched.

Singularity chose to announce this press release on April 11th. It is worth noting the stock experienced a drop of almost 70% from April 7th to the 14th. We are concerned as to where the funds of this joint venture might go given there is no physical trace of Golden Mainland outside of their website. Who knows—Jiang & Golden Mainland might be the modern-day Tony Stark & Stark Industries.

## Following the Money

Singularity shareholders are no stranger to shareholder dilution. The company has previously employed convertible notes and warrants as means of raising capital. As The Activist mentioned in their report on Singularity, the company is set to undergo dilution in June with more warrants and notes reaching maturity. Given the already high level of dilution, Singularity could continue to raise money in turn actively diluting existing shareholders.

CEO Yang Jie was granted 300k shares of Singularity stock under the 2021 compensation plan; he also has a $500k a year salary. Given Jie's escapades in China, we're impressed he only settled for 300k shares. Furthermore, COO Jing (Angela) Shan and CTO Qiu Shi both received 100k shares of stock apiece. **All three of these individuals' shares vested immediately and their collective acquisition cost was zero dollars. Furthermore, none of these three individuals previously owned shares in Singularity.**

We were particularly intrigued with COO Jing (Angela) Shan considering she graduated from NYU in 2016 with a Masters in Public Relations & Corporate Communication. Shan previously served as COO of Line Money from 2016-2019 where a glassdoor review remarked, "there is no other choice but to change the COO." Prior to Line Money, she appeared to have an internship of sorts at Wall Street IPO Consultation–we were unable to find their website. From 2019 to 2021, Shan was employed by Northwestern Mutual as a Financial Representative per her LinkedIn. Now as COO of Singularity she rakes in a $200k base salary.

**Most interesting is Shan's purchase of a swank $800k condo in 2018. She purchased the condo with Jicai Zhang, presumably her partner considering she took his last name in the New Jersey property filing. How a startup COO could afford such a nice condo left us with great curiosity.** Ironically, Singularity's previous business partner is Zhong Zhang–a character we touched on earlier. As a refresher, Singularity previously derived a portion of its shipping gross profit from ventures with Zhang, and he used to be the largest shareholder of Singularity. Whether the two Zhangs are related remains unknown.

Peabody Street Research                                          5 May 2022



Source: NJ Property Records, <u>Jing Shan Employment Agreement</u>, & <u>2021 Prospectus Filing</u>

### *Striking Similarities To SOS*

While researching Singularity, we couldn't help but notice the similarities between SOS & Singularity. Both Culper Research & Hindenburg put out brilliant pieces on SOS which is now under <u>SEC investigation</u>.

Ironically, Singularity shares the same auditor as SOS: Audit Alliance LLP. Singularity previously dismissed Friedman LLP as their auditor in October 2020. As <u>Culper pointed out in its report on SOS</u>, "Audit Alliance, Glassdoor reviews are highly unfavorable, citing, for example:

- *"poor audit quality"*
- *"Poor working environment, no audit software and server, no SOP…"*
- *"No proper soft copy of audit working paper is maintained due to the extreme high staff turnover…"*

We could dwell on Glassdoor reviews alone, but it appears Singularity did not disclose any risk factors in its last 10-K stating, "This item is not applicable to a smaller reporting company such as us."

Furthermore, Singularity's Golden Mainland venture has a prominent resemblance to SOS. <u>Hindenburg Research pointed out</u> that SOS hired a cryptocurrencies security expert, Dr. Yan, in which his company's website was created two days before SOS's press release of his hiring. Similar to that, Golden Mainland's website conspicuously appeared the day before Singularity's press release announcing the joint venture. Furthermore, Hindenburg points out that SOS announced a deal with a crypto mining company, HY

International. When Hindenburg went to visit HY's China office, there was none. When we visited Golden Mainland's office, we were met by a State Farm agent instead.

The similarities are quite odd and we seek further answers.

### *The Canary In The Coal Mine*

Singularity appears to be somewhat of a family affair. **Xiaohuan Huang, Yang Jie's wife, previously worked at China Commercial Credit alongside her husband. Furthermore, the current CFO, Tuo Pan, is married to the previous COO of Singularity, Lei Nei.** It's worth noting that Tuo Pan currently receives a salary of $400k.

Singularity Director, John F. Levy, served on the Board of China Commercial until December 2016, slightly overlapping Jie's tenure at China Commercial Credit. It appears Jie decided to bring the band back together. Jie became CEO in November 2021 and with his promotion, Levy joined Singularity as an Independent Director & Chairperson of the Compensation Committee. **Levy currently serves on the Board of two companies: Applied Minerals (2008-present) & Happiness Biotech Group (2020-present). The companies stock price performance has been abysmal under the eye of Levy:**



Levy has previously served on boards where catastrophic results such as bankruptcy & severe losses of shareholder capital have happened. A few past examples of these occurrences include:

- Levy served on the Board of Washington Prime Group from 2016-2021; they previously filed for Chapter 11 Bankruptcy in June 2021

5 May 2022

- Levy was the CFO of Media Bay from 1999-2005, the company filed for Chapter 11 in 2001
- Levy served on the Board of Takung Art Co. (TKAT) from 2016-2019; the stock plunged more than 80% during his tenure there
- Levy served as a Board Member for Applied Energetics from 2009-2015, the stock collapsed by nearly 100%
- Levy served on the Board of China Commercial Credit from 2013-2016, the stock collapsed almost 90% during his term on the Board

## How Does This Play Out For Singularity?

Peabody Street believes Singularity is grossly overvalued and has significant downside. We base our claim on the following:

- Yang Jie's fraudulent past in China and legal troubles are significant red flags from a third-party perspective
- Little communication from management on the delivery of Thor miners to SOS is cause for concern
- Previously advertising a competitor's miner on Thor's website but claiming its "proprietary" does not make any sense to us
- Declining financial performance in the shipping business is of immense worry
- Singularity intends to "invest up to" $250M in Golden Mainland yet they do not appear to have an office. The LLC & website creation timing is very questionable
- Singularity bears an odd resemblance to SOS. Why this is, we don't know, but we are dead set on finding the truth
- Levy's appointment to the Board of Directors is interesting given his past performance at other companies

In close, we pose just one question to readers. Would you invest in a company that's run by a fugitive wanted for fraud?

*Disclaimer: We are short Singularity. This report does not constitute investment advice; we are not registered investment advisors. Please do your own due diligence.*