# EXHIBIT V

Case 1:22-cv-07499-BMC    Document 63-23    Filed 11/20/23    Page 1 of 9 PageID #: 1658

{EXHIBIT 1  }

# EDGAR Entity Landing Page

| Form type | Form description | Filing date | Reporting date |
|-----------|-----------------|-------------|----------------|
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2023-11-13 | 2023-09-30 |
| 8-K | Current report | 2023-10-20 | 2023-10-18 |
| 8-K | Current report | 2023-10-20 | 2023-10-19 |
| 8-K | Current report | 2023-10-06 | 2023-10-06 |
| DEF 14A | Other definitive proxy statements | 2023-09-29 | 2023-10-18 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2023-09-29 | 2023-06-30 |
| 8-K | Current report | 2023-09-28 | 2023-09-28 |
| 8-K | Current report | 2023-09-25 | 2023-09-25 |
| 8-K | Current report | 2023-09-13 | 2023-09-13 |
| PRE 14A | Other preliminary proxy statements | 2023-09-08 | 2023-09-08 |
| 8-K | Current report | 2023-08-31 | 2023-08-30 |
| 8-K | Current report | 2023-08-21 | 2023-08-21 |
| 8-K | Current report | 2023-08-14 | 2023-08-08 |
| 8-K | Current report | 2023-08-01 | 2023-07-31 |
| 8-K | Current report | 2023-07-14 | 2023-07-10 |
| 8-K | Current report | 2023-07-12 | 2023-07-07 |
| 8-K | Current report | 2023-07-06 | 2023-07-06 |
| 8-K | Current report | 2023-07-03 | 2023-07-03 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2023-05-15 | 2023-03-31 |
| 8-K | Current report | 2023-05-04 | 2023-05-04 |
| 8-K | Current report | 2023-04-19 | 2023-04-19 |
| 8-K | Current report | 2023-03-22 | 2023-03-16 |
| 8-K | Current report | 2023-03-16 | 2023-03-10 |
| 8-K | Current report | 2023-03-10 | 2023-03-08 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2023-03-07 | 2022-12-31 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2023-03-06 | 2022-09-30 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2023-03-06 | 2022-06-30 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2023-03-06 | 2022-03-31 |
| 8-K/A | Current report - amendment | 2023-03-06 | 2023-02-28 |
| 8-K | Current report | 2023-03-01 | 2023-02-28 |
| 8-K | Current report | 2023-02-27 | 2023-02-21 |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-10 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2023-02-10 | |
| 8-K | Current report | 2023-01-13 | 2023-01-09 |
| 8-K | Current report | 2023-01-10 | 2023-01-05 |
| 8-K | Current report | 2023-01-05 | 2022-12-28 |
| 8-K | Current report | 2022-11-28 | 2022-11-22 |
| 8-K | Current report | 2022-11-22 | 2022-11-16 |
| 8-K | Current report | 2022-11-16 | 2022-11-16 |
| 8-K | Current report | 2022-10-07 | 2022-10-03 |
| 8-K | Current report | 2022-09-07 | 2022-08-31 |
| 8-K | Current report | 2022-08-12 | 2022-08-09 |
| 8-K | Current report | 2022-06-24 | 2022-06-20 |
| 8-K | Current report | 2022-05-25 | 2022-05-24 |
| NT 10-Q | Notification of inability to timely file Form 10-Q or 10-QSB | 2022-05-17 | 2022-03-31 |
| 8-K | Current report | 2022-05-13 | 2022-05-06 |
| 8-K | Current report | 2022-04-27 | 2022-04-22 |
| 8-K | Current report | 2022-04-14 | 2022-04-10 |
| 8-K | Current report | 2022-03-10 | 2022-03-08 |

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| DEF 14A | Other definitive proxy statements | 2022-03-07 | 2022-04-22 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2022-02-14 | 2021-12-31 |
| 8-K | Current report | 2022-02-10 | 2022-02-07 |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2022-02-09 | |
| 8-K | Current report | 2022-02-08 | 2022-02-04 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2022-02-07 | |
| 8-K/A | Current report - amendment | 2022-01-14 | 2022-01-10 |
| 8-K | Current report | 2022-01-11 | 2022-01-06 |
| 8-K | Current report | 2022-01-06 | 2021-12-31 |
| 8-K | Current report | 2022-01-05 | 2022-01-03 |
| 8-K | Current report | 2021-12-23 | 2021-12-23 |
| 8-K | Current report | 2021-12-14 | 2021-12-14 |
| 8-K | Current report | 2021-11-19 | 2021-11-19 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2021-11-12 | 2021-09-30 |
| 8-K | Current report | 2021-11-10 | 2021-11-10 |
| 8-K | Current report | 2021-11-01 | 2021-11-01 |
| 8-K | Current report | 2021-10-22 | 2021-10-22 |
| 8-K | Current report | 2021-10-04 | 2021-10-03 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2021-09-29 | 2021-06-30 |
| NT 10-K | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405 | 2021-09-29 | 2021-06-30 |
| 8-K | Current report | 2021-09-21 | 2021-09-17 |
| S-8 | Securities to be offered to employees in employee benefit plans | 2021-08-27 | |
| 8-K | Current report | 2021-08-19 | 2021-08-13 |
| 8-K | Current report | 2021-08-09 | 2021-08-05 |
| 8-K | Current report | 2021-06-28 | 2021-06-23 |
| 8-K | Current report | 2021-05-27 | 2021-05-21 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2021-05-13 | 2021-03-31 |
| 8-K | Current report | 2021-03-18 | 2021-03-18 |
| 424B3 | Prospectus [Rule 424(b)(3)] | 2021-03-16 | |
| EFFECT | Notice of Effectiveness | 2021-03-15 | |
| CORRESP | Correspondence | 2021-03-11 | |
| UPLOAD | SEC-generated letter | 2021-03-10 | |
| S-3 | Registration statement under Securities Act of 1933 | 2021-03-03 | |
| 8-K | Current report | 2021-03-03 | 2021-03-03 |
| EFFECT | Notice of Effectiveness | 2021-02-26 | |
| UPLOAD | SEC-generated letter | 2021-02-24 | |
| CORRESP | Correspondence | 2021-02-24 | |
| 8-K | Current report | 2021-02-23 | 2021-02-23 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2021-02-18 | |
| D | Notice of Exempt Offering of Securities | 2021-02-16 | |
| D | Notice of Exempt Offering of Securities | 2021-02-16 | |
| S-3 | Registration statement under Securities Act of 1933 | 2021-02-16 | |
| 8-K | Current report | 2021-02-16 | 2021-02-15 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2021-02-12 | 2020-12-31 |
| 8-K | Current report | 2021-02-11 | 2021-02-11 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2021-02-10 | |
| 8-K | Current report | 2021-02-10 | 2021-02-09 |
| 8-K | Current report | 2021-02-10 | 2021-02-10 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2021-02-08 | |
| 8-K | Current report | 2021-02-08 | 2021-02-06 |
| 424B3 | Prospectus [Rule 424(b)(3)] | 2021-02-08 | |

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| EFFECT | Notice of Effectiveness | 2021-02-04 | |
| 8-K | Current report | 2021-02-03 | 2021-02-02 |
| CORRESP | Correspondence | 2021-02-02 | |
| UPLOAD | SEC-generated letter | 2021-02-02 | |
| DEF 14A | Other definitive proxy statements | 2021-02-01 | 2021-02-22 |
| 8-K | Current report | 2021-01-29 | 2021-01-28 |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2021-01-29 | |
| 8-K | Current report | 2021-01-28 | 2021-01-27 |
| S-1 | General form for registration of securities under the Securities Act of 1933 | 2021-01-25 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2021-01-20 | |
| PRE 14A | Other preliminary proxy statements | 2021-01-20 | 2021-01-19 |
| D | Notice of Exempt Offering of Securities | 2020-12-23 | |
| 8-K | Current report | 2020-12-21 | 2020-12-21 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2020-12-17 | |
| 8-K | Current report | 2020-12-16 | 2020-12-16 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2020-12-16 | |
| 8-K | Current report | 2020-12-15 | 2020-12-15 |
| 8-K | Current report | 2020-12-11 | 2020-12-11 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2020-12-10 | |
| 8-K | Current report | 2020-12-09 | 2020-12-08 |
| 10-Q/A | Quarterly report [Sections 13 or 15(d)] - amendment | 2020-11-16 | 2020-09-30 |
| 8-K | Current report | 2020-11-16 | 2020-11-13 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2020-11-13 | 2020-09-30 |
| 8-K | Current report | 2020-11-10 | 2020-11-09 |
| 8-K | Current report | 2020-11-04 | 2020-11-02 |
| 8-K | Current report | 2020-10-28 | 2020-10-26 |
| 8-K | Current report | 2020-10-23 | 2020-10-19 |
| 8-K | Current report | 2020-10-19 | 2020-10-15 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2020-10-13 | 2020-06-30 |
| NT 10-K | Notification of inability to timely file Form 10-K 405, 10-K, 10-KSB 405, 10-KSB, 10-KT, or 10-KT405 | 2020-09-29 | 2020-06-30 |
| 8-K | Current report | 2020-09-25 | 2020-09-23 |
| 8-K | Current report | 2020-09-18 | 2020-09-18 |
| 8-K | Current report | 2020-09-04 | 2020-09-03 |
| 8-K | Current report | 2020-07-23 | 2020-07-22 |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2020-07-21 | |
| 10-Q/A | Quarterly report [Sections 13 or 15(d)] - amendment | 2020-07-10 | 2020-03-31 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2020-07-06 | 2020-03-31 |
| 8-K | Current report | 2020-07-06 | 2020-07-06 |
| 8-K | Current report | 2020-07-06 | 2020-07-06 |
| NT 10-Q | Notification of inability to timely file Form 10-Q or 10-QSB | 2020-06-29 | 2020-03-31 |
| 8-K/A | Current report - amendment | 2020-06-19 | 2020-06-17 |
| 8-K | Current report | 2020-05-14 | 2020-05-14 |
| 8-K | Current report | 2020-04-27 | 2020-04-27 |
| 8-K | Current report | 2020-04-20 | 2020-04-17 |
| 8-K | Current report | 2020-04-08 | 2020-04-06 |
| 8-K | Current report | 2020-03-13 | 2020-03-10 |
| 8-K | Current report | 2020-02-27 | 2020-02-26 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2020-02-19 | 2019-12-31 |
| 8-K | Current report | 2020-02-19 | 2020-02-19 |
| NT 10-Q | Notification of inability to timely file Form 10-Q or 10-QSB | 2020-02-14 | 2019-12-31 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2020-02-06 | |

| Form type | Form description | Filing date | Reporting date |
|-----------|------------------|-------------|----------------|
| D | Notice of Exempt Offering of Securities | 2020-02-06 | |
| 8-K | Current report | 2020-01-31 | 2020-01-29 |
| 8-K | Current report | 2020-01-24 | 2020-01-21 |
| 8-K | Current report | 2020-01-08 | 2020-01-03 |
| 8-K | Current report | 2019-12-30 | 2019-12-27 |
| DEF 14A | Other definitive proxy statements | 2019-12-09 | 2019-12-27 |
| PRE 14A | Other preliminary proxy statements | 2019-11-27 | 2019-11-27 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2019-11-19 | 2019-09-30 |
| 8-K | Current report | 2019-11-19 | 2019-11-19 |
| NT 10-Q | Notification of inability to timely file Form 10-Q or 10-QSB | 2019-11-14 | 2019-09-30 |
| 8-K | Current report | 2019-09-30 | 2019-09-30 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2019-09-30 | 2019-06-30 |
| D | Notice of Exempt Offering of Securities | 2019-08-09 | |
| 8-K | Current report | 2019-07-26 | 2019-07-23 |
| 8-K | Current report | 2019-06-10 | 2019-06-07 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2019-05-15 | 2019-03-31 |
| 8-K | Current report | 2019-05-15 | 2019-05-15 |
| DEF 14A | Other definitive proxy statements | 2019-04-23 | 2019-06-07 |
| 8-K | Current report | 2019-03-26 | 2019-03-20 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2019-02-13 | 2018-12-31 |
| 8-K | Current report | 2019-02-13 | 2019-02-13 |
| 8-K | Current report | 2019-01-25 | 2019-01-22 |
| 8-K | Current report | 2019-01-07 | 2018-12-31 |
| 8-K | Current report | 2019-01-07 | 2019-01-07 |
| D | Notice of Exempt Offering of Securities | 2018-12-26 | |
| 8-K | Current report | 2018-12-21 | 2018-12-17 |
| EFFECT | Notice of Effectiveness | 2018-12-17 | |
| 8-K | Current report | 2018-12-12 | 2018-12-10 |
| POS AM | Post-Effective amendments for registration statement | 2018-12-06 | |
| 8-K | Current report | 2018-11-14 | 2018-11-08 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2018-11-14 | 2018-09-30 |
| 8-K | Current report | 2018-11-14 | 2018-11-14 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2018-09-28 | 2018-06-30 |
| 8-K | Current report | 2018-09-28 | 2018-09-28 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2018-05-14 | 2018-03-31 |
| 8-K | Current report | 2018-05-14 | 2018-05-14 |
| 8-K | Current report | 2018-05-10 | 2018-05-04 |
| 424B3 | Prospectus [Rule 424(b)(3)] | 2018-05-10 | |
| EFFECT | Notice of Effectiveness | 2018-05-08 | |
| CORRESP | Correspondence | 2018-05-04 | |
| UPLOAD | SEC-generated letter | 2018-05-03 | |
| S-1 | General form for registration of securities under the Securities Act of 1933 | 2018-04-26 | |
| D | Notice of Exempt Offering of Securities | 2018-03-19 | |
| 8-K | Current report | 2018-03-14 | 2018-03-14 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2018-03-13 | |
| 8-K | Current report | 2018-03-12 | 2018-03-12 |
| 8-K | Current report | 2018-03-12 | 2018-03-12 |
| 8-K | Current report | 2018-03-06 | 2018-03-06 |
| EFFECT | Notice of Effectiveness | 2018-02-16 | |
| CORRESP | Correspondence | 2018-02-14 | |
| 8-K | Current report | 2018-02-13 | 2018-02-13 |

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2018-02-13 | 2017-12-31 |
| S-3/A | Registration statement under Securities Act of 1933 - amendment | 2018-02-13 | |
| S-3/A | Registration statement under Securities Act of 1933 - amendment | 2018-02-12 | |
| SC 13G/A | Statement of acquisition of beneficial ownership by individuals - amendment | 2018-02-09 | |
| DEF 14A | Other definitive proxy statements | 2018-01-22 | 2018-03-06 |
| PRE 14A | Other preliminary proxy statements | 2018-01-12 | 2018-01-12 |
| UPLOAD | SEC-generated letter | 2017-12-22 | |
| S-3 | Registration statement under Securities Act of 1933 | 2017-12-15 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2017-11-14 | 2017-09-30 |
| 8-K | Current report | 2017-11-14 | 2017-11-14 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2017-09-27 | 2017-06-30 |
| 8-K | Current report | 2017-09-27 | 2017-09-27 |
| 8-K | Current report | 2017-06-29 | 2017-06-27 |
| DEF 14A | Other definitive proxy statements | 2017-05-16 | 2017-06-27 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2017-05-15 | 2017-03-31 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2017-02-24 | |
| 8-K | Current report | 2017-02-21 | 2017-02-21 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2017-02-15 | |
| 8-K/A | Current report - amendment | 2017-02-15 | 2017-02-15 |
| 8-K | Current report | 2017-02-15 | 2017-02-15 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2017-02-13 | 2016-12-31 |
| 144 | Report of proposed sale of securities | 2016-12-23 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2016-11-14 | 2016-09-30 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2016-09-19 | 2016-06-30 |
| 8-K | Current report | 2016-08-08 | 2016-08-04 |
| 8-K | Current report | 2016-06-17 | 2016-06-15 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2016-05-10 | 2016-03-31 |
| 8-K | Current report | 2016-05-09 | 2016-05-05 |
| DEF 14A | Other definitive proxy statements | 2016-05-05 | 2016-06-15 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2016-02-12 | 2015-12-31 |
| S-8 POS | Securities to be offered to employees in employee benefit plans, post-effective amendments | 2016-02-11 | |
| 8-K | Current report | 2015-12-08 | 2015-12-07 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2015-11-12 | 2015-09-30 |
| 8-K | Current report | 2015-11-12 | 2015-11-06 |
| 8-K | Current report | 2015-10-16 | 2015-10-16 |
| 8-K | Current report | 2015-10-13 | 2015-10-13 |
| 8-K | Current report | 2015-09-24 | 2015-09-24 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2015-09-18 | 2015-06-30 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2015-07-20 | |
| 8-K | Current report | 2015-07-14 | 2015-07-10 |
| 8-K | Current report | 2015-06-30 | 2015-06-30 |
| SC 13D | General statement of acquisition of beneficial ownership | 2015-06-26 | |
| 8-K | Current report | 2015-06-16 | 2015-06-11 |
| 8-K | Current report | 2015-06-09 | 2015-06-09 |
| DEF 14A | Other definitive proxy statements | 2015-05-26 | 2015-06-11 |
| UPLOAD | SEC-generated letter | 2015-05-26 | |
| 8-K | Current report | 2015-05-22 | 2015-05-20 |
| CORRESP | Correspondence | 2015-05-18 | |
| PRER14A | Preliminary Proxy Soliciting materials | 2015-05-18 | |
| UPLOAD | SEC-generated letter | 2015-05-15 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2015-05-13 | 2015-03-31 |

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| EFFECT | Notice of Effectiveness | 2015-05-12 | |
| CORRESP | Correspondence | 2015-05-11 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2015-04-29 | |
| PRE 14A | Other preliminary proxy statements | 2015-04-23 | 2015-04-23 |
| CORRESP | Correspondence | 2015-04-15 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2015-04-15 | |
| 8-K | Current report | 2015-04-13 | 2015-04-10 |
| 8-K | Current report | 2015-03-25 | 2015-03-25 |
| UPLOAD | SEC-generated letter | 2015-03-16 | |
| CORRESP | Correspondence | 2015-03-03 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2015-03-03 | |
| UPLOAD | SEC-generated letter | 2015-02-25 | |
| FWP | Filing under Securities Act Rules 163/433 of free writing prospectuses | 2015-02-23 | |
| CORRESP | Correspondence | 2015-02-12 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2015-02-12 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2015-02-10 | 2014-12-31 |
| UPLOAD | SEC-generated letter | 2015-02-06 | |
| 8-K | Current report | 2015-01-26 | 2015-01-26 |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2015-01-23 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2014-12-03 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2014-11-17 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2014-11-12 | 2014-09-30 |
| UPLOAD | SEC-generated letter | 2014-10-27 | |
| S-1 | General form for registration of securities under the Securities Act of 1933 | 2014-10-03 | |
| 8-K | Current report | 2014-09-29 | 2014-09-26 |
| 8-K | Current report | 2014-09-23 | 2014-09-23 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2014-09-15 | 2014-06-30 |
| 8-K | Current report | 2014-08-20 | 2014-08-15 |
| 8-K | Current report | 2014-08-19 | 2014-08-19 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2014-06-27 | |
| 8-K | Current report | 2014-06-27 | 2014-06-27 |
| 424B5 | Prospectus [Rule 424(b)(5)] | 2014-06-26 | |
| 8-K/A | Current report - amendment | 2014-06-24 | 2014-06-23 |
| 8-K | Current report | 2014-06-23 | 2014-06-23 |
| 8-K | Current report | 2014-06-02 | 2014-06-02 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2014-05-13 | 2014-03-31 |
| S-8 | Securities to be offered to employees in employee benefit plans | 2014-04-23 | |
| EFFECT | Notice of Effectiveness | 2014-04-15 | |
| CORRESP | Correspondence | 2014-04-11 | |
| UPLOAD | SEC-generated letter | 2014-04-09 | |
| CORRESP | Correspondence | 2014-04-02 | |
| UPLOAD | SEC-generated letter | 2014-03-27 | |
| S-3/A | Registration statement under Securities Act of 1933 - amendment | 2014-03-17 | |
| CORRESP | Correspondence | 2014-03-14 | |
| UPLOAD | SEC-generated letter | 2014-03-13 | |
| UPLOAD | SEC-generated letter | 2014-03-05 | |
| S-3 | Registration statement under Securities Act of 1933 | 2014-02-28 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2014-02-11 | 2013-12-31 |
| 8-K/A | Current report - amendment | 2014-02-03 | 2014-01-21 |
| 8-K | Current report | 2014-01-27 | 2014-01-21 |
| DEF 14A | Other definitive proxy statements | 2013-12-31 | 2014-01-21 |

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| UPLOAD | SEC-generated letter | 2013-12-30 | |
| PRER14A | Preliminary Proxy Soliciting materials | 2013-12-27 | |
| UPLOAD | SEC-generated letter | 2013-12-27 | |
| PRER14A | Preliminary Proxy Soliciting materials | 2013-12-23 | |
| PRE 14A | Other preliminary proxy statements | 2013-12-18 | 2014-01-21 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2013-11-13 | 2013-09-30 |
| 8-K | Current report | 2013-11-01 | 2013-11-01 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2013-09-27 | 2013-06-30 |
| 8-K | Current report | 2013-08-08 | 2013-08-08 |
| 8-K | Current report | 2013-07-01 | 2013-07-01 |
| 8-K | Current report | 2013-05-23 | 2013-05-22 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2013-05-15 | 2013-03-31 |
| 8-K | Current report | 2013-04-25 | 2013-04-19 |
| UPLOAD | SEC-generated letter | 2013-04-08 | |
| DEF 14A | Other definitive proxy statements | 2013-04-05 | 2013-04-19 |
| PRER14A | Preliminary Proxy Soliciting materials | 2013-04-02 | |
| UPLOAD | SEC-generated letter | 2013-03-26 | |
| PRE 14A | Other preliminary proxy statements | 2013-03-14 | 2013-03-14 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2013-02-13 | 2012-12-31 |
| 8-K | Current report | 2013-02-01 | 2013-01-31 |
| 8-K | Current report | 2012-12-19 | 2012-12-19 |
| 8-K | Current report | 2012-11-23 | 2012-11-21 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2012-11-14 | 2012-09-30 |
| 10-K/A | Annual report [Section 13 and 15(d), not S-K Item 405] - amendment | 2012-10-12 | 2012-06-30 |
| 8-K | Current report | 2012-10-01 | 2012-09-29 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2012-09-28 | 2012-06-30 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2012-05-14 | 2012-03-31 |
| 8-K | Current report | 2012-02-14 | 2012-02-14 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2012-02-14 | 2011-12-31 |
| 8-K | Current report | 2011-11-23 | 2011-11-22 |
| 10-Q/A | Quarterly report [Sections 13 or 15(d)] - amendment | 2011-11-15 | 2011-09-30 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2011-11-14 | 2011-09-30 |
| 8-K | Current report | 2011-11-03 | 2011-11-02 |
| DEF 14A | Other definitive proxy statements | 2011-10-31 | 2011-11-14 |
| 8-K | Current report | 2011-10-04 | 2011-10-03 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2011-09-26 | 2011-06-30 |
| 8-K | Current report | 2011-07-20 | 2011-07-20 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2011-05-13 | 2011-03-31 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2011-02-14 | 2010-12-31 |
| UPLOAD | SEC-generated letter | 2011-02-11 | |
| 8-K | Current report | 2011-01-19 | 2011-01-12 |
| CORRESP | Correspondence | 2011-01-07 | |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2010-12-21 | |
| DEF 14A | Other definitive proxy statements | 2010-12-17 | 2011-01-12 |
| UPLOAD | SEC-generated letter | 2010-11-24 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2010-11-12 | 2010-09-30 |
| 8-K | Current report | 2010-09-28 | 2010-09-28 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2010-09-28 | 2010-06-30 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2010-05-14 | 2010-03-31 |
| 10-Q/A | Quarterly report [Sections 13 or 15(d)] - amendment | 2010-03-16 | 2009-12-31 |
| 8-K | Current report | 2010-02-19 | 2010-02-19 |

| Form type | Form description | Filing date | Reporting date |
|---|---|---|---|
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2010-02-12 | 2009-12-31 |
| 8-K | Current report | 2010-02-04 | 2009-12-08 |
| DEF 14A | Other definitive proxy statements | 2010-01-19 | 2010-02-11 |
| 8-K | Current report | 2010-01-15 | 2009-12-17 |
| S-8 | Securities to be offered to employees in employee benefit plans | 2009-11-24 | |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2009-11-13 | 2009-09-30 |
| 8-K | Current report | 2009-09-24 | 2009-09-23 |
| 10-K | Annual report [Section 13 and 15(d), not S-K Item 405] | 2009-09-22 | 2009-06-30 |
| SC 13G | Statement of acquisition of beneficial ownership by individuals | 2009-07-15 | |
| 8-K | Current report | 2009-06-12 | 2009-06-11 |
| 8-K | Current report | 2009-06-03 | 2009-06-02 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2009-05-15 | 2009-03-31 |
| DEF 14A | Other definitive proxy statements | 2009-05-15 | 2009-05-27 |
| 8-K | Current report | 2009-02-25 | 2009-02-20 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2009-02-13 | 2008-12-31 |
| 10-Q | Quarterly report [Sections 13 or 15(d)] | 2008-11-04 | 2008-09-30 |
| 8-K | Current report | 2008-10-10 | 2008-10-09 |
| 8-K | Current report | 2008-10-01 | 2008-09-29 |
| 10KSB | Optional form for annual and transition reports of small business issuers [Section 13 or 15(d), not S-B Item 405] | 2008-09-29 | 2008-06-30 |
| 8-K | Current report | 2008-08-12 | 2008-08-11 |
| 8-K | Current report | 2008-07-09 | 2008-07-03 |
| 8-K | Current report | 2008-05-28 | 2008-05-20 |
| 424B3 | Prospectus [Rule 424(b)(3)] | 2008-05-21 | |
| CERTNAS | Certification by the Nasdaq Stock Market approving securities for listing | 2008-05-20 | |
| S-1MEF | Registration adding securities to prior Form S-1 registration [Rule 462(b)] | 2008-05-12 | |
| 10QSB | Optional form for quarterly and transition reports of small business issuers | 2008-05-12 | 2008-03-31 |
| EFFECT | Notice of Effectiveness | 2008-04-18 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2008-04-17 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2008-04-17 | |
| 8-A12B | Registration of securities [Section 12(b)] | 2008-04-16 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2008-04-09 | |
| UPLOAD | SEC-generated letter | 2008-03-26 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2008-03-18 | |
| UPLOAD | SEC-generated letter | 2008-02-27 | |
| CORRESP | Correspondence | 2008-02-13 | |
| S-1/A | General form for registration of securities under the Securities Act of 1933 - amendment | 2008-02-13 | |
| UPLOAD | SEC-generated letter | 2008-02-05 | |
| SB-2 | Optional form for registration of securities to be sold to the public by small business issuers | 2008-01-11 | |