# EXHIBIT X

{EXHIBIT 1 }

Case 1:22-cv-07499-BMC Document 63-25 Filed 11/20/23 Page 2 of 4 PageID #: 1688

SUPREME COURT OF THE STATE OF NEW YORK
NEW YORK COUNTY
-------------------------------------------------------------------x
SHANGHAI NONOBANK FINANCIAL INFORMATION
SERVICE CO., LTD.,

                  Plaintiff,

        - against -

YANG JIE, CHINA COMMERICIAL CREDIT, INC., YI LIN

                  Defendant.

-------------------------------------------------------------------x

Index No.

653834/2018

## STIPULATION AND ORDER OF
## VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that Plaintiff voluntarily dismiss and discontinue their claims against Defendants in the above- captioned action, pursuant to Rule 3217 of the New York Consolidated Laws, Civil Practice Law and Rules, all respects, without prejudice, and without costs or attorneys' fees to either party. In addition, the parties stipulate to the voluntary dismissal without prejudice of Yi Lin's counterclaims against Plaintiff.

Dated: 3/12/20

SO ORDERED

_____

*Supreme Court of the State of New York Judge*

**HON. ANDREW BORROK**
**J.S.C.**
Page **1** of **2**

Case 1:22-cv-07499-BMC     Document 63-25     Filed 11/20/23     Page 3 of 4 PageID #: 1689

Dated: March 11, 2020

DAI & ASSOCIATES, P.C.
Attorneys for Plaintiff

By: _____
       Katherine B. Kramer, Esq.
       1500 Broadway, 22nd Floor
       New York, NY 10036
       (212) 730-8880
       kkramer@daiassociates.com


SALLAH ASTARITA & COX, LC
Attorneys for Defendant *Yang Jie*

By: /s/ Michael Handelsman
       Michael D. Handelsman, Esq.
       11 Broadway, Suite 615
       New York, New York 10006
       (212) 509-6544
       mdh@sallahlaw.com
            -and-
AFN Law, PLLC
Attorneys for Defendant *Yang Jie*

By: _____
       Angus Ni, Esq.
       415 Madison Ave, 14th Floor
       New York, New York 10017
       (646) 453-7294
       angus@afnlegal.com

LAW OFFICES OF BING LI, LLC
Attorneys for Defendant *Yi Lin*

By: _____
       Bing Li, Esq.
       1430 Broadway, Suite 1802
       New York, New York 10018
       (212) 967-7690
       bli@blillc.com

Case 1:22-cv-07499-BMC    Document 63-25    Filed 11/20/23    Page 4 of 4 PageID #: 1690

Dated: March 11, 2020


DAI & ASSOCIATES, P.C.
Attorneys for Plaintiff


By: _____
    Katherine B. Kramer, Esq.
    1500 Broadway, 22nd Floor
    New York, NY 10036
    (212) 730-8880
    kkramer@daiassociates.com


SALLAH ASTARITA & COX, LC
Attorneys for Defendant *Yang Jie*

By: _____
    Michael D. Handelsman, Esq.
    11 Broadway, Suite 615
    New York, New York 10006
    (212) 509-6544
    mdh@sallahlaw.com
        -and-
AFN Law, PLLC
Attorneys for Defendant *Yang Jie*

By: _____
    Angus Ni, Esq.
    415 Madison Ave, 14th Floor
    New York, New York 10017
    (646) 453-7294
    angus@afnlegal.com

LAW OFFICES OF BING LI, LLC
Attorneys for Defendant *Yi Lin*

By: _____
    Bing Li, Esq.
    1430 Broadway, Suite 1802
    New York, New York 10018
    (212) 967-7690
    bli@blillc.com