# EXHIBIT AA

{EXHIBIT 1 }



# NEW YORK STATE UNIFIED COURT SYSTEM



## *WebCivil Supreme - Appearance Detail*

| | |
|---|---|
| Court: | **New York Supreme Court** |
| Index Number: | **655372/2018** |
| Case Name: | **SORGHUM INVESTMENT HOLDINGS vs. CHINA COMMERCIAL CREDIT, INC.** |
| Case Type: | **SP-CPLR Article 75 (Arbitration)** |
| Track: | **Complex** |

### Appearance Information:

| Appearance Date | Time | Court Date Purpose | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|
| 05/01/2019 | 10:30 AM | Motion-Other | Decided | Borrok, Hon. Andrew IAS Motion 53M | 10:30AM, ORAL ARG (Conversion) | 1 |
| 05/01/2019 | 10:30 AM | Motion-Other | Decided | Borrok, Hon. Andrew IAS Motion 53M | 10:30 A.M. (Conversion) | 2 |
| 05/01/2019 | 10:30 AM | Conversion-Other | Disposed/Result of a Motion | Borrok, Hon. Andrew IAS Preliminary Conference 53 | 10:30AM (Conversion) | |
| 03/27/2019 | 10:30 AM | Motion-Other | Adjourned | Borrok, Hon. Andrew IAS Motion 53M | 10:30AM, ORAL ARG (Conversion) | 1 |
| 03/06/2019 | 11:30 AM | Motion-Other | Adjourned | Borrok, Hon. Andrew IAS Motion 53M | 11:30AM, ORAL ARG (Conversion) | 1 |
| 02/20/2019 | 11:30 AM | Motion-Other | Adjourned | Borrok, Hon. Andrew IAS Motion 53M | 11:30AM, ORAL ARG (Conversion) | 1 |
| 02/04/2019 | 09:30 AM | Motion-Other | Adjourned | Borrok, Hon. Andrew IAS Motion 53M | 9;30AM, CONTROL DATE (Conversion) | 1 |
| 11/29/2018 | 10:30 AM | Motion-Other | Adjourned | Borrok, Hon. Andrew E-Filing Submissions Calendar | 10;30AM, ORAL ARG (Conversion) | 1 |
| 11/16/2018 | | Motion-Other | Adjourned | Ramos, Hon. Charles E. E-Filing Submissions Calendar | ADMIN (Conversion) | 1 |

Close