# EXHIBIT DD

# Sino-Global Announces CEO Succession Plan to Accelerate Growth in Cryptocurrency and Other New Markets; Company Appoints Acting CFO as CFO



NEWS PROVIDED BY
**Sino-Global Shipping America, Ltd.** →
01 Nov, 2021, 08:00 ET

GREAT NECK, N.Y., Nov. 1, 2021 /PRNewswire/ -- Sino-Global Shipping America, Ltd. (NASDAQ: SINO) ("Sino-Global" or the "Company") today announced that Mr. Lei Cao, Chairman and Chief Executive Officer of Sino-Global, plans to step down from his role as Chief Executive Officer effective November 1, 2021. He will remain Chairman of the Board, ensuring a smooth transition, having served as Chief Executive Officer since founding the Company in 2001. To accelerate the Company's diversification and growth in cryptocurrency and other new markets, the Company's Board of Directors unanimously elected the Company's Vice President, Mr. Yang "Leo" Jie to succeed Mr. Lei Cao effective November 1, 2021.  Separately, the Company announced its Acting Chief Financial Officer, Ms. Tuo Pan, has been appointed as its Chief Financial Officer.

Mr. Lei Cao, Chairman and Chief Executive Officer of Sino-Global, commented, "I am proud of everything we have achieved over the past 20 years and Sino-Global's strong financial position. Several quarters ago, we embarked on an ambitious strategic shift designed to propel our company into the future of commerce, while leveraging our extensive successes and global logistics network. After considerable thought and planning, we believe it is the right time to empower the next generation to execute the day-to-day operations with tireless and relentless focus. Mr Yang 'Leo' Jie is an outstanding executive who knows our business and will lead Sino-Global in this rapidly evolving business environment. He has worked closely with me and the Board over the past year and is the right choice to guide Sino-Global into the new era. I am highly confident Mr. Yang 'Leo' Jie has the insight and judgment to deliver the leadership we need today and longer-term. In my continuing role as Chairman, I look forward to partnering together to build value for all shareholders."

Mr. Yang "Leo" Jie, Vice President and incoming Chief Executive Officer of Sino-Global, commented, "Mr. Lei Cao has been a remarkable leader and provided the vision and drive, establishing Sino-Global as an important global shipping and logistics company. His foresight in diversifying into the cryptocurrency market has given us a meaningful competitive advantage and scalable platform to accelerate growth. I appreciate Mr.Cao's confidence and the support of the entire Board of Directors in electing me as Chief Executive Officer, only the second in the Company's 20-year history. I believe we have even greater opportunities ahead as we shift our priority to the U.S., leverage our technology platform and blockchain to develop new logistics methods, blockchain-related businesses and complementary services."

Mr. Yang "Leo" Jie has served as Vice President of Sino-Global since January 2021. He previously served in management roles in both the U.S. and China. He received a bachelor's degree in business management from the Beijing Finance and Trade Technology College.

**Acting CFO Appointed CFO**

The Nominating/Corporate Governance Committee of the Board nominated and the Board appointed Ms. Tuo Pan as the Registrant's new Chief Financial Officer ("CFO") effective immediately. Ms. Tuo Pan previously served as the Company's Acting CFO, having worked with

the Company since October 2015. Ms. Tuo Pan holds a Bachelor's degree in Accounting & Finance from Curtin University of Technology in Australia, and a Master's degree in Advance of Accounting from Curtin University of Technology in Australia.

## About Sino-Global Shipping America, Ltd. (NASDAQ: SINO)

Founded in the United States in 2001, Sino-Global Shipping America, Ltd. has been diversifying into the cryptocurrency market, while continuing to support and grow its shipping, chartering, logistics and related services business. Headquartered in New York, Sino-Global has offices in Los Angeles, Mainland China, Australia, Canada and Hong Kong. Additional information about Sino-Global can be found on the Company's corporate website at www.sino-global.net.

## Forward-Looking Statements

Certain statements made herein are "forward-looking statements" within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements may be identified by the use of words such as "anticipate", "believe", "expect", "estimate", "plan", "outlook", and "project" and other similar expressions that predict or indicate future events or trends or that are not statements of historical matters. Such forward-looking statements include SINO's estimated and future results of operations, business strategies, competitive position, industry environment and potential growth opportunities. In addition, there is uncertainty about the spread of the COVID-19 virus and the impact it will have on SINO's operations, the demand for SINO's products and services, global supply chains and economic activity in general. Moreover, the value of cryptocurrencies may fluctuate significantly over time, and the success of the JV and its products are not assured. These forward-looking statements reflect the current analysis of existing information and are subject to various risks and uncertainties. As a result, caution must be exercised in relying on forward-looking statements. Due to known and unknown risks, our actual results may differ materially from our expectations or projections. All forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by these factors. Other than as required under the securities laws, the Company does not assume a duty to update these forward-looking statements.

Additional information concerning these and other factors that may impact our expectations and projections will be found in our periodic filings with the SEC, including our Annual Report on Form 10-K for the fiscal year ended June 30, 2021. SINO's SEC filings are available publicly on the SEC's website at www.sec.gov. SINO disclaims any obligation to update the forward-looking statements, whether as a result of new information, future events or otherwise.

SOURCE Sino-Global Shipping America, Ltd.



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.

Case 1:22-cv-07499-BMC    Document 63-31    Filed 11/20/23    Page 6 of 6 PageID #: 1760