# EXHIBIT QQ

{EXHIBIT 1 }

Case 1:22-cv-07499-BMC Document 63-44 Filed 11/20/23 Page 2 of 7 PageID #: 1950

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SOS INFORMATION TECHNOLOGY NEW YORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOR MINER INC., SINGULARITY FUTURE TECHNOLOGY LTD., LEI CAO, YANG JIE, JOHN F. LEVY, TIELIANG LIU, TUO PAN, SHI QIU, JING SHAN and HENG WANG, <br><br> Defendants. | Index No. 654735/2022 <br><br> **NOTICE OF VOLUNTARY DISCONTINUANCE WITH PREJUDICE AS TO DEFENDANTS THOR MINER INC., SINGULARITY FUTURE TECHNOLOGY LTD., JOHN F. LEVY, JING SHAN, AND HENG WANG ONLY** |

PLEASE TAKE NOTICE that, pursuant to CPLR 3217(a)(1), Plaintiff SOS Information Technology New York, Inc., hereby voluntarily discontinues the above-referenced action with prejudice as to Defendants Thor Miner Inc., Singularity Future Technology Ltd., John F. Levy, Jing Shan, and Heng Wang only, and without costs or disbursements to any party as against the other.

Dated: December 28, 2022
New York, New York

FAEGRE DRINKER BIDDLE & REATH LLP

By: _/s/ Sandra D. Grannum_
Sandra D. Grannum

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
(212) 248-3140
sandra.grannum@faegredrinker.com

_Attorneys for Plaintiff SOS Information Technology New York, Inc._

Case 1:22-cv-07499-BMC Document 63-44 Filed 11/20/23 Page 3 of 7 PageID #: 1951

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SOS INFORMATION TECHNOLOGY NEW YORK, INC., | Index No. 654735/2022 |
| Plaintiff, | |
| v. | **AFFIRMATION OF SERVICE** |
| THOR MINER INC., SINGULARITY FUTURE TECHNOLOGY LTD., LEI CAO, YANG JIE, JOHN F. LEVY, TIELIANG LIU, TUO PAN, SHI QIU, JING SHAN and HENG WANG, | |
| Defendants. | |

Sandra D. Grannum, an attorney admitted to the practice of law in the courts of the State of New York, and not a party to the above-entitled cause of action, affirms as follows under the penalty of perjury:

1.      I am a partner of Faegre Drinker Biddle & Reath LLP, attorneys for Plaintiff SOS Information Technology New York, Inc.

2.      On the 28th day of December, 2022, I caused a true and correct copy of the foregoing Notice of Voluntary Discontinuance with Prejudice as to Defendants Thor Miner, Inc., Singularity Future Technology Ltd., John F. Levy, Jing Shan, and Heng Wang Only (the "Notice of Discontinuance") to be served upon counsel of record by filing the Notice of Discontinuance with the Court's electronic filing system, NYSCEF.

3.      On the 28th day of December, 2022, I also served a true and correct copy of the foregoing Notice of Discontinuance upon Samuel D. Levy of Blank Rome

Case 1:22-cv-07499-BMC    Document 63-44    Filed 11/20/23    Page 4 of 7 PageID #: 1952

(samule.levy@blankrome.com), counsel for John F. Levy and Heng Wang, by email per the agreement of the parties.

4.      On the 28th day of December, 2022, I also served a true and correct copy of the foregoing Notice of Discontinuance upon John B. Horgan of Ellenoff Grossman & Schole LLP (jhorgan@egsllp.com), counsel for Jing Shan, by email per the agreement of the parties.

Dated: December 28, 2022                  _/s/ Sandra D. Grannum_____
        New York, New York                      Sandra D. Grannum

                                          1177 Avenue of the Americas, 41st Floor
                                          New York, New York 10036
                                          Telephone: (212) 248-3140
                                          sandra.grannum@faegredrinker.com

                                          *Attorneys for Plaintiff SOS Information Technology New York, Inc.*

2

Case 1:22-cv-07499-BMC Document 63-44 Filed 11/20/23 Page 5 of 7 PageID #: 1953

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

|  |  |
|---|---|
| SOS INFORMATION TECHNOLOGY NEW YORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> THOR MINER INC., SINGULARITY FUTURE TECHNOLOGY LTD., LEI CAO, YANG JIE, JOHN F. LEVY, TIELIANG LIU, TUO PAN, SHI QIU, JING SHAN and HENG WANG, <br><br> Defendants. | Index No. 654735/2022 <br><br> **NOTICE OF VOLUNTARY DISCONTINUANCE WITH PREJUDICE AS TO DEFENDANTS YANG JIE AND SHI QIU ONLY** |

PLEASE TAKE NOTICE that, pursuant to CPLR 3217(a)(1), Plaintiff SOS Information Technology New York, Inc., hereby voluntarily discontinues the above-referenced action with prejudice as to Defendants Yang Jie and Shi Qiu only, and without costs or disbursements to any party as against the other.

Dated: January 27, 2023
      New York, New York

FAEGRE DRINKER BIDDLE & REATH LLP

By: _/s/ Sandra D. Grannum_
      Sandra D. Grannum

1177 Avenue of the Americas, 41st Floor
New York, New York 10036
(212) 248-3140
sandra.grannum@faegredrinker.com

*Attorneys for Plaintiff SOS Information Technology New York, Inc.*

Case 1:22-cv-07499-BMC    Document 63-44    Filed 11/20/23    Page 6 of 7 PageID #: 1954

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| SOS INFORMATION TECHNOLOGY NEW YORK, INC., <br><br>                          Plaintiff, <br><br>         v. <br><br> THOR MINER INC., SINGULARITY FUTURE TECHNOLOGY LTD., LEI CAO, YANG JIE, JOHN F. LEVY, TIELIANG LIU, TUO PAN, SHI QIU, JING SHAN and HENG WANG, <br><br>                         Defendants. | Index No. 654735/2022 <br><br><br> **AFFIRMATION OF SERVICE** |

       Sandra D. Grannum, an attorney admitted to the practice of law in the courts of the State of New York, and not a party to the above-entitled cause of action, affirms as follows under the penalty of perjury:

       1.      I am a partner of Faegre Drinker Biddle & Reath LLP, attorneys for Plaintiff SOS Information Technology New York, Inc.

       2.      On January 27, 2023, I served a true and correct copy of the foregoing Notice of Voluntary Discontinuance with Prejudice as to Defendants Yang Jie and Shi Qiu Only (the "Notice of Discontinuance") upon Jie Chengying Xiu of Backer & Poliakoff, counsel for Yang Jie, by mail at 45 Broadway, 17th Floor, New York, New York 10006.

       3.      On January 27, 2023, I also served a true and correct copy of the foregoing Notice of Discontinuance upon Shi Qiu by mail at 98 Cutter Mill Rd., Suite 322, Great Neck, New York 11021, that being his last known address, and by email at qbitbest@gmail.com per the agreement of the parties. I made mail service by enclosing the aforementioned document in a sealed, properly

addressed first-class postpaid wrapper, which I deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

4.    On January 27, 2023, I also caused a true and correct copy of the foregoing Notice of Discontinuance to be served upon all counsel of record by filing the Notice of Discontinuance with the Court's electronic filing system, NYSCEF.

Dated: January 27, 2023            /s/ Sandra D. Grannum
       New York, New York            Sandra D. Grannum

                                       1177 Avenue of the Americas, 41st Floor
                                       New York, New York 10036
                                       Telephone: (212) 248-3140
                                       sandra.grannum@faegredrinker.com

*Attorneys for Plaintiff SOS Information Technology New York, Inc.*

2