# EXHIBIT RR



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层

19/F Golden Tower, No.1, Xibahe South Road,

Chaoyang District, Beijing, 100028, P.R.C. ， 100028

Tel:86-10- 6440 2232　　Fax: 86-10-6440 2915/6440 2925

# 关于

# 揭洋案件相关情况

# 之

# 法律意见书

北京市中伦文德律师事务所

二〇二三年二月



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层

19/F Golden Tower, No.1, Xibahe South Road,

Chaoyang District, Beijing, 100028, P.R.C. ， 100028

Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

# Legal Opinion

# regarding

# the Related Situation of Mr. Yang Jie's Case

**Beijing Zhonglun W& D Law Firm**

**February 2023**

中伦文德律师事务所
ZHONGLUN W&D LAW FIRM

中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

关于揭洋案件相关情况

之

法律意见书

Legal Opinion

regarding

the Related Situation of Mr. Yang Jie's Case

致：美国贝普律师事务所

To: Becker New York P.C.

北京市中伦文德律师事务所（以下简称"本所"）是具有中华人民共和国（以下简称"中国"）法律执业资格的律师事务所。本所受美国贝普律师事务所（以下简称"贵所"）委托，就贵所咨询的揭洋先生（公民身份号码：342401198408126913）案件情况进行了走访和论证。

Beijing Zhonglun W& D Law Firm (hereinafter referred to as "Our Firm") is a law firm licensed to practice law in the People's Republic of China (hereinafter referred to as "China"). We have been engaged by Becker New York P.C. (hereinafter referred to as "Your Firm") to visit the relevant persons and enquire the case of Mr. Yang Jie (Citizenship ID Number: 342401198408126913) Your Firm consulted.

根据贵所介绍，揭洋先生被怀疑在中国大陆地区涉嫌参与安徽天合联盟科技有限公司（以下简称"天合联盟"）刑事案件（以下简称"此案件"），特委托

2

**中伦文德律师事务所**
**ZHONGLUN W&D LAW FIRM**

中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

本所就揭洋先生在中国大陆地区可能涉及的此案件状况及可能承担的刑事责任开展独立论证并出具法律意见。

According to Your Firm, Mr. Yang Jie is suspected to be involved in a criminal case (hereinafter referred to as "the Case") of Anhui Tianhe Union Technology Co., Ltd. (hereinafter referred to as " Tianhe Union ") in mainland China. we have been appointed to conduct an independent investigation and issue a legal opinion regarding the status of the Case and the possible criminal liability of Mr. Yang Jie in China mainland.

为出具本法律意见书之目的，本所对贵所提供的与出具本法律意见书有关的文件资料及有关事实进行了核查。 截至本法律意见书出具之日，本所律师查阅的据以出具本法律意见书的有关文件、材料及法律规定如下：

1、《中华人民共和国刑法》（以下简称"《刑法》"）；

2、《中华人民共和国刑事诉讼法》（以下简称"《刑事诉讼法》"）；

3、《中华人民共和国引渡法》（以下简称"《引渡法》"）；

4、（2017）皖 0111 刑初 383 号刑事判决书

5、（2018）皖 01 刑终 658 号刑事裁定书

6、与郜明检察官的访谈记录；

7、与屈晓隆警官的访谈记录；

For the purpose of issuing this legal opinion, we have verified the documents and information provided by Your Firm and the relevant facts. As of the date of this legal opinion, the relevant documents, materials and legal provisions on the basis of which this legal opinion is issued that our lawyers have consulted are as follows:

1. the Criminal Law of the People's Republic of China (hereinafter referred to as the "Criminal Law");

3

中国北京朝阳区西坝河南路 1 号金泰大厦 19 层

**中伦文德律师事务所**
**ZHONGLUN W&D LAW FIRM**

19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232     Fax: 86-10-6440 2915/6440 2925

2. the Criminal Procedure Law of the People's Republic of China (hereinafter referred to as the "Criminal Procedure Law");

3. the Extradition Law of the People's Republic of China (hereinafter referred to as the "Extradition Law");

4. (2017) Wan 0111 Criminal Judgment No. 383 (hereinafter referred to as the "Criminal Judgment");

5. (2018) Criminal Ruling No. 658 of Anhui 01 Criminal Final (hereinafter referred to as the "Extradition Law" Criminal Ruling);

6. the record of the interview with Prosecutor Mr. Ming Gao;

7. the record of the interview with police officer Mr. Xiaolong Qu.

本所对本法律意见书的出具特作如下声明：

Our Firm hereby makes the following statements regarding the issuance of this legal opinion:

1. 本所依据本法律意见书出具日以前已经发生或存在的事实和中国现行有效的有关法律、法规的规定发表法律意见。本所律师团队认定某些事项是否合法有效，是以该等事项发生之时所应适用的法律、法规为依据，同时也充分考虑了政府有关主管部门给予的有关批准和确认。

1. Our Firm bases this legal opinion on the facts that have occurred prior to the date that this legal opinion is being issued, and the provisions of the relevant laws and regulations in force in China. The Firm was hired to determine whether certain matters are legal and valid on the basis of the laws and regulations applicable at the time of occurrence of such matters. We must also consider the relevant approvals and confirmations granted by the relevant government authorities.



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ， 100028
Tel:86-10- 6440 2232     Fax: 86-10-6440 2915/6440 2925

---

2．本所律师团队按照律师行业公认的业务标准、道德规范和勤勉尽责精神，对贵所提供的文件和有关事实进行了核查，并保证本法律意见书不存在虚假记载、误导性陈述及重大遗漏。

2.   Our legal team has verified the documents and relevant facts provided by Your Firm in accordance with the recognized business standards, code of ethics and the spirit of diligence and due diligence of the legal profession and guarantees that this legal opinion does not contain false records, misleading statements, or material omissions.

3．贵所向本所确认，其已提供了本所认为出具本法律意见书所必需的、真实、准确、完整、有效的文件、材料或口头的陈述和说明，不存在任何隐瞒、虚假和重大遗漏之处。

3.   Your Firm confirms to us that it has provided documents, materials or oral statements and explanations that are true, accurate, complete, and valid, and that there is no concealment, falsity, or material omission, as we consider necessary for the issuance of this legal opinion.

基于上述声明，本所根据有关法律、法规和规范性文件的规定，按照律师行业公认的业务标准、道德规范和勤勉尽责精神，就贵所的咨询事项，发表法律意见如下：

Based upon the above statement, Our Firm, in accordance with the provisions of relevant laws, regulations and regulatory documents, and in accordance with the recognized business standards, ethical norms and the spirit of diligence and due diligence of the legal profession, issues the following legal opinion:

一、  此案件目前状态

I. The current status of The Case

（一）此案件被告人已经法院审判，判决已经生效

5



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

(a) The defendants in the Case have been tried by the court and the verdict has come into effect.

根据公开资料查询显示，2018 年 7 月 26 日，合肥市包河区人民法院对被告人汪某等人犯非法吸收公众存款罪一案作出一审判决。后被告人汪某等人不服一审判决，分别提出上诉。2018 年 12 月 28 日，安徽省合肥市中级人民法院对此案件作出终审裁定，裁定驳回上诉，维持原判。裁定已经生效。

According to the public information inquiry, on July 26, 2018, the People's Court of Baohe District, Hefei City made a first instance judgment on the Case of defendant Wang and others for the crime of illegally absorbing public deposits. On December 28, 2018, the Intermediate People's Court of Hefei City, Anhui Province, issued a final ruling on the Case, ruling that the appeal was rejected and the original verdict was upheld. The ruling has taken effect.

（二）检察机关对此案件的审查已经终结

(b) The examination of the Case by the prosecutorial authorities has been completed.

根据本所律师对此案件承办检察官鄙明的访谈，检察机关已经将此案件移交法院并审判，判决已经生效。目前此案件已经审查终结。

According to the interview with Mr. Ming Gao, the prosecutor of the Case, the prosecutorial authorities have transferred this case to the court for trial and the verdict has been issued. Currently, the examination of the Case has been completed.

二、 揭洋先生的涉案情况分析

**II. Analysis of Mr. Yang Jie's involvement in The Case**

（一）现有材料无法证明揭洋先生构成犯罪

(a) The available materials cannot prove that Mr. Yang Jie has committed a crime.

6

中国北京朝阳区西坝河南路 1 号金泰大厦 19 层

**中伦文德律师事务所**
**ZHONGLUN W&D LAW FIRM**

19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

根据本所律师对此案件承办检察官郜明的访谈，郜明检察官表示公安机关并没有将揭洋作为犯罪嫌疑人移送检察机关审查起诉，故没有针对揭洋的案卷，无法满足本所律师调取揭洋案卷的请求。

According to our interview with Mr. Ming Gao, the prosecutor of the Case, Mr. Ming Gao said that the Police Office did not transfer Mr. Yang Jie as a criminal suspect to the prosecutorial office for examination and prosecution. Therefore, the request by us to retrieve Mr. Yang Jie's case file cannot be satisfied because it does not exist.

现有材料中，只有法院作出的《刑事判决书》和《刑事裁定书》中提到了揭洋先生，但没有对他进行审判和定罪。上述两文书是人民法院经过刑事诉讼程序依法对被告人定罪量刑的法律文书，代表对刑事案件审理终结。其中内容并不是针对揭洋先生作出，故现有材料不足以对揭洋先生是否构成犯罪进行论证。

Among the available materials, only the "Criminal Judgment" and the "Criminal Ruling" issued by the court mentioned Mr. Yang Jie, but no trial or conviction exists. The two instruments above are legal documents that demonstrate that the People's Court convicted and sentenced the defendants. Accordingly, this criminal case has been closed. The contents of these documents were not asserted against Mr. Yang Jie, so the available materials are not sufficient to argue whether Mr. Yang Jie committed a crime.

（二）"未经人民法院依法判决，对任何人都不得确定有罪"

(b) "No one shall be determined guilty without a verdict of the People's Court in accordance with the law"

根据《刑事诉讼法》第十二条的规定，"未经人民法院依法判决，对任何人都不得确定有罪。"

According to Article 12 of the Criminal Procedure Law, "No one shall be determined guilty without a verdict of a People's Court in accordance with the law."

中伦文德律师事务所
**ZHONGLUN W&D LAW FIRM**

中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

---

1948 年 12 月 10 日联合国大会通过的《世界人权宣言》第十一条（一）款规定："凡受刑事控告者，在未经获得辩护上所需的一切保证的公开审判而依法证实有罪以前，有权被视为无罪。"1966 年 12 月 16 日联合国大会通过的《公民权利和政治权利国际公约》也有相同规定。《刑事诉讼法》第十二条的规定是中国刑事司法"无罪推定原则"的体现，在中国的司法体系当中，未经人民法院审判的涉案人员被称为"犯罪嫌疑人"或"被告人"，而不能称之为"罪犯"或"犯人"，这意味着虽然涉案人员需要配合司法机关调查或被采取强制措施，但不能据此剥夺其合法权利。

Article 11(1) of the Universal Declaration of Human Rights, adopted by the United Nations General Assembly on December 10, 1948, provides that "Everyone charged with a criminal offence shall have the right to be presumed innocent until proved guilty according to law in a public trial at which he has obtained all the guarantees necessary for his defense." The same provision is found in the International Covenant on Civil and Political Rights, adopted by the United Nations General Assembly on December 16, 1966. The provisions of Article 12 of the Criminal Procedure Law are an expression of the "presumption of innocence" in China's criminal justice system, in which persons involved in a case that has not been tried by a People's Court are referred to as "suspects" or "defendants". This means that although the person involved in the case needs to cooperate with the judicial authorities in their investigations or be subject to coercive measures, he or she cannot be deprived of his or her legal rights on this basis.

另根据《刑事诉讼法》第十六条、第一百七十五条、第一百七十七条的规定，即便揭洋先生被司法机关调查，如"情节轻微"、"证据不足"、"不构成犯罪"仍然可能不被检察机关提起公诉。

In addition, according to Article 16, 175 and 177 of the laws of Criminal Procedure, even if Mr. Yang Jie was investigated by the judicial authorities, if his behavior applies

8



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. , 100028
Tel:86-10- 6440 2232     Fax: 86-10-6440 2915/6440 2925

to the following situations, such as "minor circumstances", "insufficient evidence", "does not commit a crime ", he still may not be prosecuted by the prosecutorial authorities.

此案件中，揭洋先生尚未进入审查起诉程序，也未经人民法院审判，不能确定其构成犯罪。经本所律师对此案件承办检察官和此案件公安机关负责人（以下合称为"承办人"）的访谈，两人也均表示揭洋先生是否构成犯罪需经法院审判，目前不能确定。

In this case, Mr. Yang Jie has not yet entered into the Review and/or Prosecution process, nor has he been brought to trial by the People's Court, thus, it cannot yet be determined that he committed a crime. After our interviews with the prosecutor and the police officer in charge of the Case (hereinafter collectively referred to as the "Case Undertaker"), our lawyers were informed the issue of whether Mr. Yang Jie committed a crime is subject to trial by a court and cannot be determined at this time.

（三）揭洋先生不符合缺席审判的条件

(c) Mr. Yang Jie does not meet the conditions for trial in absentia

根据《刑事诉讼法》第二百九十一条的规定，只有涉嫌贪污贿赂犯罪案件、危害国家安全犯罪案件、恐怖活动犯罪案件可以适用缺席审判程序。显然，揭洋先生并不符合缺席审判的条件。

According to Article 291 of the law of Criminal Procedure, only cases suspected of corruption and bribery, crimes against state security, and crimes of terrorist activities can be subject to trial in absentia. Obviously, Mr. Yang Jie does not meet the conditions for trial in absentia.

（四）中国和美国之间没有建立引渡条约

(d) There is no extradition treaty between China and the United States

据本所律师查询，中国与美国未建立引渡条约。

9



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ，100028
Tel:86-10- 6440 2232    Fax: 86-10-6440 2915/6440 2925

According to our lawyers' research, no extradition treaty has been established between China and the United States.

### 三、 境外机构调查此案件的局限性

### III. Limitations of the investigation of this case conducted by foreign agencies

根据本所律师与承办此案件的公安机关负责人屈晓隆的访谈，屈晓隆表示其没有与美国的机构接触过，也不允许与美国的机构进行接触或提供案件相关材料。

According to our interview with Mr. Xiaolong Qu, the officer of the Police Office who is in charge of the Case, Xiaolong Qu indicated that he had not contacted any U.S. agencies, and he was also not allowed to contact any U.S. agencies or provide materials related to the Case.

根据本所律师与承办检察官的访谈，检察官表示有自称美国证监会、纽交所的法务人员给其打电话了解案件情况，检察官没有办法核实对方身份，向对方表示揭洋没有被定罪，没有透露案件细节；后自称美国证监会、纽交所委托的中国律师向检察官调取案卷，检察官没有核实对方身份，向其表示他这里不能调取。

According to the interview between our lawyers and Mr. Ming Gao, the prosecutor in charge of the Case, the prosecutor claims that some legal staff claiming to be from the U. S. Securities and Exchange Commission ( the "SEC") and the New York Stock Exchange (the "NYSE") called him to inquire about the case, however, the prosecutor had no way to verify the identity of the other party and told the person on the other end of the line that Mr. Yang Jie had not been convicted, and did not disclose any details of the Case; later, some Chinese lawyer claiming to be commissioned by the SEC and NYSE called and asked the prosecutor to disclose the case file, but the prosecutor could not verify the identity of the other party and replied that he could not provide.

根据上述访谈内容可知：

10



中国北京朝阳区西坝河南路 1 号金泰大厦 19 层
19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ， 100028
Tel:86-10- 6440 2232      Fax: 86-10-6440 2915/6440 2925

其一，美国相关机构并没有通过承办人渠道取得案卷等相关材料；

其二，此案件承办公安机关和检察机关工作人员均没有透露案件细节；

其三，因没有核实身份，不能确定前往检察机关调查的中国律师是否接受了美国证监会、纽交所的委托。

Based upon the content of the above interviews, it is clear that:

1. The relevant U.S. agencies did not obtain the case file and/or other relevant materials through the official channels.

2. Neither the police officers nor the prosecutor's office in charge of the Case disclosed any details of the Case.

3. Without verification of the other party's identities, it is not possible to determine whether the Chinese lawyer who contacted the prosecutor was commissioned by the SEC and NYSE.

## 四、 结论及建议

## IV. Conclusions and Recommendations

综上所述，基于以上访谈材料及相关法律规定，本所律师认为：

第一，律师能够取得的证据材料不足以认定揭洋先生构成犯罪；

第二，揭洋先生未经人民法院审判，不能确定有罪；

第三，揭洋先生不符合缺席审判的条件，且中美之间没有引渡条约；

第四，美国机构、组织或个人未通过承办人的途径合法取得此案件相关证据材料。

In conclusion, based upon the above interview materials and the relevant laws, we believe that:

1. The evidence and materials that the lawyers obtained are not sufficient to find that Mr. Yang Jie committed a crime.

11

中国北京朝阳区西坝河南路 1 号金泰大厦 19 层

**中伦文德律师事务所**
**ZHONGLUN W&D LAW FIRM**

19/F Golden Tower, No.1, Xibahe South Road,
Chaoyang District, Beijing, 100028, P.R.C. ， 100028
Tel:86-10- 6440 2232      Fax: 86-10-6440 2915/6440 2925

2.  Mr. Yang Jie has not been tried by the People's Court and thus, his guilt cannot be determined.

3.  Mr. Yang Jie is not eligible for trial in absentia, and there is no extradition treaty between the United States and China.

4.  No U.S. agencies, organizations or individuals have legally obtained the evidence and materials related to the Case through the proper and official channels in charge of Mr. Yang Jie's case.

北京市中伦文德律师事务所

**Beijing Zhonglun W&D Law Firm**

李铮、庞振寰

**Li Zheng, Pang Zhenhuan**

2023 年    2 月    8 日

**February 8th, 2023**

12