**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,

                           Plaintiffs,

                 -against-

SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,

                         Defendants.

Case No. 22-cv-07499-BMC

## <u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL</u>

**PLEASE TAKE NOTICE** that Michael D. Pinnisi hereby withdraws his appearance as counsel for Defendant Jing Shan in the above-captioned action and requests that his name be removed from the Court's and parties' service lists. Attorney Michael D. Pinnisi is not asserting a retaining or charging lien. Attorneys Phara A. Guberman, Esq. and Jayshree Balakrishnan, Esq. of the law firm of Cadwalader, Wickersham & Taft LLP continue to serve as counsel for Defendant Shan. All future correspondence and papers in this action should be directed to those attorneys and that law firm.

DATED: New York, New York
       October 22, 2024

                                     */s/ Michael D. Pinnisi*
                                     Michael D. Pinnisi
                                     Cadwalader, Wickersham & Taft LLP
                                     200 Liberty Street
                                     New York, New York 10281
                                     Tel.: (212) 504-6000
                                     Fax: (212) 504-6666
                                     Michael.Pinnisi@cwt.com