

**MICHAEL DELL'ANGELO**
*EXECUTIVE SHAREHOLDER & GENERAL COUNSEL*
d 215.875.3080  m 610.608.8766 | mdellangelo@bm.net

July 2, 2025

VIA ECF FILING
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** *Gao, et al. v. Singularity Future Technology, Ltd. et al.*, No. 1:22-cv-07499-BMC

Dear Judge Cogan:

Lead Plaintiffs and defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity") respectfully jointly request that the Court extend the stay of proceedings in this case for an additional fifteen (15) days.

On June 3, 2025, the Court ordered this case "stayed for 30 days pending submissions of motion for preliminary approval of class action settlement." ECF. No. 108. The 30-day period ends July 3, 2025.

The parties have made significant progress drafting a settlement agreement and expect that the agreement will be executed in the coming days. Lead Plaintiffs are preparing a motion for preliminary approval of the settlement, which we intend to file promptly after Singularity executes the proposed settlement agreement.

Under these circumstances, the parties jointly respectfully request that the Court extend the stay on all proceedings for an additional fifteen (15) days, which would be July 17, 2025.

Respectfully,

Michael Dell'Angelo

Cc: Counsel of Record via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*