

**MICHAEL DELL'ANGELO**
*EXECUTIVE SHAREHOLDER & GENERAL COUNSEL*
d 215.875.3080 m 610.608.8766 | mdellangelo@bm.net

July 17, 2025

VIA ECF FILING
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Gao, et al. v. Singularity Future Technology, Ltd. et al.*, No. 1:22-cv-07499-BMC

Dear Judge Cogan:

Lead Plaintiffs and defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity") respectfully jointly request that the Court extend the stay of proceedings for an additional 14 days.

On June 3, 2025, the Court ordered this case "stayed for 30 days pending submissions of motion for preliminary approval of class action settlement." ECF. No. 108. The 30-day period ends July 3, 2025. The Court extended the stay for an additional 15 days, ending July 17, 2025. ECF No. 116.

On July 14, 2025, Lead Plaintiffs and Singularity executed a Settlement Agreement resolving this matter, subject to the Court's approval. Lead Plaintiffs are preparing a motion for preliminary approval of the settlement, which they intend to file promptly.

Under these circumstances, the parties jointly respectfully request that the Court extend the stay on all proceedings for an additional 14 days, until July 31, 2025.

Respectfully,

Michael Dell'Angelo

Cc: Counsel of Record via ECF

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*