UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br>Defendants. | Case No.: 1:22-cv-07499-BMC |

**LEAD PLAINTIFFS' MOTION FOR**
**PRELIMINARILY APPROVAL OF CLASS ACTION SETTLEMENT**

Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo, respectfully move for preliminary approval of the Settlement Agreement reached with defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity") pursuant to Federal Rules of Civil Procedure 23(c)(2) and 23(e). Lead Plaintiffs specifically request that the Court:

(i) grant preliminary approval of the Settlement Agreement;

(ii) preliminarily find that the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied for the Settlement Class (as defined below);

(iii) appoint Lead Plaintiffs as the Class Representatives for the Settlement Class under Federal Rule of Civil Procedure 23(g);

(iv)   appoint Berger Montague PC as Lead Counsel for the Settlement Class under Federal Rule of Civil Procedure 23(g);

(v)    authorize dissemination of notice of the Settlement to the Settlement Class;

(vi)   preliminarily approve the proposed Plan of Allocation;

(vii)  appoint Simpluris, Inc. as the Claims Administrator for the Settlement;

(viii) appoint Citibank N.A. as Escrow Agent for the Settlement;

(ix)   approve the Custodian/Escrow Agreement; and

(x)    approve the schedule for the Settlement, including a date for a final Fairness Hearing.

Lead Plaintiffs further request that the Court approve the following Settlement Class and find that the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied for purposes of settlement and judgment.:

> All persons or entities who purchased or otherwise acquired Singularity securities between February 2, 2021, and February 24, 2023, inclusive (the "Class Period"), and were damaged thereby.
>
> Excluded from the Settlement Class are: (i) Singularity, including its current and former officers and directors; (ii) the Individual Defendant and members of his Immediate Family; (iii) the Group Defendants and members of their Immediate Families; (iv) the legal representatives, heirs, successors, or assigns of any and all of the foregoing; (v) any entity in which Singularity has or had a controlling interest; (vi) any trust of which the Individual Defendant and any Group Defendant is the settlor for or that is for the benefit of the Individual Defendant and any Group Defendant or their respective Immediate Families; and (vii) the legal representatives, heirs, successors, and assigns of any person or entity excluded under provisions (i) through (v) hereof.
>
> Also excluded from the Settlement Class are any persons and entities who or that validly exclude themselves by submitting a request for exclusion that is accepted by the Court.

Lead Plaintiffs' motion is based on the law and facts set forth in the accompanying

memorandum of law, and other materials, filed in support of this motion.

Dated: July 25, 2025                                **BERGER MONTAGUE PC**

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com
         jsweet@bm.net

*Lead Counsel for Lead Plaintiffs*

**KIRBY McINERNEY LLP**
Ira M. Press
Sarah Flohr
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com
         sflohr@kmllp.com

*Local Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Joel M. Sweet, hereby certify that a true and correct copy of the following documents were electronically filed and served.

1. Lead Plaintiffs' Motion for Preliminarily Approval of Class Action Settlement;
2. Memorandum In Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;
3. Declaration of Michael Dell'Angelo in Support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;
4. Proposed Order Preliminarily Approving the Settlement, Preliminarily Certifying the Settlement Class, Appointing Settlement Class Counsel, Appointing a Claims Administrator and Escrow Agent, Approving the Notice Plan, Preliminarily Approving the Plan of Allocation, and Approving the Proposed Schedule for Completing the Settlement Process;
5. Proposed Order Appointing Escrow Agent.

Notice of this filing will be sent by email to all parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

Dated: July 25, 2025                              **BERGER MONTAGUE PC**

*/s/ Joel M. Sweet*
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: jsweet@bergermontague.com