**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br>Defendants. | Case No.: 1:22-cv-07499-BMC<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**LEAD PLAINTIFFS' MOTION FOR DEFENDANT SINGULARITY TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER A MONEY JUDGMENT OR ALTERNATIVE REMEDY TO ENFORCE CLASS ACTION SETTLEMENT AGREEMENT**

Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo, respectfully move for an order requiring defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity") to show cause why the Court should not enter a money judgment in the amount of $8,525,000, plus interest, in favor of Lead Plaintiffs (on behalf of the Settlement Class) and against Singularity. The undisputed material facts and the unambiguous law supporting Lead Plaintiffs' motion are set forth in the accompanying memorandum of law. A proposed Order to Show Cause is submitted herewith.

Dated: August 22, 2025

**BERGER MONTAGUE PC**

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com
        jsweet@bergermontague.com

*Lead Counsel for Lead Plaintiffs*


**KIRBY McINERNEY LLP**
Ira M. Press
Sarah Flohr
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com
        sflohr@kmllp.com

*Local Counsel for Lead Plaintiffs*