**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated, | |
| | Case No.: 1:22-cv-07499-BMC |
| Plaintiffs, | |
| | CLASS ACTION |
| v. | JURY TRIAL DEMANDED |
| SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC., | |
| Defendants. | |

**DECLARATION OF JOEL M. SWEET IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR DEFENDANT SINGULARITY TO SHOW CAUSE WHY THE COURT SHOULD NOT ENTER A MONEY JUDGMENT OR ALTERNATIVE REMEDY TO ENFORCE CLASS ACTION SETTLEMENT AGREEMENT**

I, Joel M. Sweet, do hereby depose and say as follows:

1.    I am Of Counsel to the law firm of Berger Montague PC, Lead Counsel for Lead Plaintiffs.

2.    I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in support of Lead Plaintiffs' Motion for Defendant Singularity to Show Cause Why the Court Should Not Enter a Money Judgment or Alternative Remedy to Enforce Class Action Settlement Agreement.

3.      Attached as Exhibit A is a true and correct copy of an email dated July 31, 2025, from Joel M. Sweet to Mark Hunter and Jenny Sardella, Subject: Singularity - Information to fund escrow account;

4.      Attached as Exhibit B is a true and correct copy of an email dated August 2, 2025, from Mark Hunter to Joel M. Sweet and Jenny Sardella, Subject: RE: Singularity - Information to fund escrow account;

5.      Attached as Exhibit C is a true and correct copy of an email dated August 14, 2025, from Joel M. Sweet to Mark Hunter and Jenny Sardella, Subject: RE: Singularity - Information to fund escrow account;

6.      Attached as Exhibit D is a true and correct copy of an email dated July 16, 2025, from Mark Hunter to Michael Dell'Angelo, Joel M. Sweet, and David Langer, Subject: RE: Stipulation and Agreement of Settlement – Signed.


Dated: August 22, 2025                    **BERGER MONTAGUE PC**

                                          /s/ *Joel M. Sweet*
                                          Joel M. Sweet (*pro hac vice*)
                                          1818 Market Street, Suite 3600
                                          Philadelphia, PA 19103
                                          Tel: (215) 875-3000
                                          Email: jsweet@bergermontague.com

                                          *Lead Counsel for Lead Plaintiffs*