# EXHIBIT A

Case 1:22-cv-07499-BMC    Document 123-3    Filed 08/22/25    Page 1 of 2 PageID #: 2888

| | |
|---|---|
| **From:** | Joel M. Sweet |
| **Sent:** | Thursday, July 31, 2025 11:47 AM |
| **To:** | Mark Hunter; Jenny Sardella |
| **Cc:** | Michael Dell'Angelo; David Langer; Thomas W. Elrod |
| **Subject:** | Singularity - Information to fund escrow account |
| **Attachments:** | Wire Transfer Instructions - QSF AC.pdf; Wire Transfer Instructions - Share Sale Option AC.pdf; Singularity QSF Settlement Escrow Account W9.pdf |

Mark and Jenny –

Pursuant to the Settlement Agreement, paragraph 10, attached is the information necessary to effectuate a transfer of funds to the Escrow Account. Also attached is the information for transfer of the Settlement Shares (Settlement Agreement, paragraph 11). The documents are encrypted. I will send you the password in a separate email. Please contact me immediately if you cannot access the information, or if you require additional information.

Thanks,

Joel

1