# EXHIBIT B

**From:**          Mark Hunter <mhunter@htflawyers.com>
**Sent:**          Saturday, August 2, 2025 7:09 PM
**To:**            Joel M. Sweet; Jenny Sardella
**Cc:**            Michael Dell'Angelo; David Langer; Thomas W. Elrod
**Subject:**       RE: Singularity - Information to fund escrow account

Joel,

Just for clarity on this, with the information you provided below last Thursday, July 31, 2025, Paragraph 10 of the Settlement Agreement calls for the two wires to be sent within 14 calendar days.  That would be Thursday, August 14, 2025.

Regards,

**Mark David Hunter** | Partner



848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : mhunter@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 917-604-8328
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

**From:** Joel M. Sweet <jsweet@bm.net>
**Sent:** Thursday, July 31, 2025 11:47 AM
**To:** Mark Hunter <mhunter@htflawyers.com>; Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; David Langer <dlanger@bergermontague.com>; Thomas W. Elrod <telrod@kmllp.com>
**Subject:** Singularity - Information to fund escrow account

Mark and Jenny –

Pursuant to the Settlement Agreement, paragraph 10, attached is the information necessary to effectuate a transfer of funds to the Escrow Account. Also attached is the information for transfer of the Settlement Shares (Settlement Agreement, paragraph 11). The documents are encrypted. I will send you

1

the password in a separate email. Please contact me immediately if you cannot access the information, or if you require additional information.

Thanks,

Joel

**Joel M. Sweet** */ Of Counsel*

📞 215.875.3097    📱 610.663.2349

 

📍 1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103

*-\*\*External sender. Please use caution when clicking on any attachments or links\*\** -