# EXHIBIT C

| | |
|---|---|
| **From:** | Joel M. Sweet |
| **Sent:** | Thursday, August 14, 2025 4:02 PM |
| **To:** | Mark Hunter; Jenny Sardella |
| **Cc:** | Michael Dell'Angelo; David Langer |
| **Subject:** | RE: Singularity - Information to fund escrow account |

Mark and Jenny –

Pursuant to paragraph 10 of the Settlement Agreement, today is the deadline for Singularity to transfer the cash settlement amounts to Citi. Please confirm when the transfers have been completed.

Thanks,

Joel

**From:** Joel M. Sweet
**Sent:** Thursday, July 31, 2025 11:47 AM
**To:** Mark Hunter <mhunter@htflawyers.com>; Jenny Sardella <jsardella@htflawyers.com>
**Cc:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; David Langer <dlanger@bergermontague.com>; Thomas W. Elrod <telrod@kmllp.com>
**Subject:** Singularity - Information to fund escrow account

Mark and Jenny –

Pursuant to the Settlement Agreement, paragraph 10, attached is the information necessary to effectuate a transfer of funds to the Escrow Account. Also attached is the information for transfer of the Settlement Shares (Settlement Agreement, paragraph 11). The documents are encrypted. I will send you the password in a separate email. Please contact me immediately if you cannot access the information, or if you require additional information.

Thanks,

Joel