# EXHIBIT D

| | |
|---|---|
| **From:** | Mark Hunter <mhunter@htflawyers.com> |
| **Sent:** | Wednesday, July 16, 2025 2:24 PM |
| **To:** | Michael Dell'Angelo; Joel M. Sweet; David Langer |
| **Cc:** | Jenny Sardella; Joan Wu |
| **Subject:** | RE: Stipulation and Agreement of Settlement - Signed |

Michael,

Getting back to you on the issue of the Huang judgment, I understand that Singularity is continuing to address the issue with Huang in an attempt to resolve it as soon as possible.  I am not handling that matter, so I can't offer anything more specific than that.  It is my understanding that Singularity intends to resolve that issue in a way that does not prevent the settlement in this matter from moving forward.

Regards,

**Mark David Hunter** | Partner



848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : mhunter@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 917-604-8328
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

**From:** Michael Dell'Angelo <mdellangelo@bergermontague.com>
**Sent:** Monday, July 14, 2025 2:31 PM
**To:** Mark Hunter <mhunter@htflawyers.com>; Joel M. Sweet <jsweet@bm.net>; David Langer <dlanger@bergermontague.com>
**Cc:** Jenny Sardella <jsardella@htflawyers.com>; Joan Wu <jwu@htflawyers.com>
**Subject:** RE: Stipulation and Agreement of Settlement - Signed

Thank you, Mark.

1

**Michael Dell'Angelo** / *Executive Shareholder & General Counsel*

📞 215.875.3080    📱 610.608.8766

 **BERGER | MONTAGUE**     𝕏 f in

📍 1818 MARKET STREET, SUITE 3600
PHILADELPHIA PA 19103
101 LINDENWOOD DRIVE, SUITE 225
MALVERN, PA 19355

---

**From:** Mark Hunter <mhunter@htflawyers.com>
**Sent:** Monday, July 14, 2025 2:18 PM
**To:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Joel M. Sweet <jsweet@bm.net>; David Langer <dlanger@bergermontague.com>
**Cc:** Jenny Sardella <jsardella@htflawyers.com>; Joan Wu <jwu@htflawyers.com>
**Subject:** RE: Stipulation and Agreement of Settlement - Signed

Michael,

I'll follow back up again on the issue, and will update you with me most current information I have by close of business tomorrow.

Regards,

**Mark David Hunter** | Partner



848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : mhunter@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 917-604-8328
www.htflawyers.com

---

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

---

**From:** Michael Dell'Angelo <mdellangelo@bergermontague.com>
**Sent:** Monday, July 14, 2025 2:05 PM
**To:** Mark Hunter <mhunter@htflawyers.com>; Joel M. Sweet <jsweet@bm.net>; David Langer <dlanger@bergermontague.com>
**Cc:** Jenny Sardella <jsardella@htflawyers.com>; Joan Wu <jwu@htflawyers.com>
**Subject:** RE: Stipulation and Agreement of Settlement - Signed

Mark:

Attached is the countersigned version of the Settlement Agreement. We still need information on how the company plans to address Huang's judgment. Please let us know.

Michael

**Michael Dell'Angelo** / *Executive Shareholder & General Counsel*

📞 215.875.3080     📱 610.608.8766

 

📍 1818 MARKET STREET, SUITE 3600
PHILADELPHIA PA 19103
101 LINDENWOOD DRIVE, SUITE 225
MALVERN, PA 19355

**From:** Mark Hunter <mhunter@htflawyers.com>
**Sent:** Sunday, July 13, 2025 8:30 PM
**To:** Michael Dell'Angelo <mdellangelo@bergermontague.com>; Joel M. Sweet <jsweet@bm.net>; David Langer <dlanger@bergermontague.com>
**Cc:** Jenny Sardella <jsardella@htflawyers.com>; Joan Wu <jwu@htflawyers.com>
**Subject:** Stipulation and Agreement of Settlement - Signed

Michael,

Attached is the signed Stipulation and Agreement of Settlement.  Please return a counter-signed copy when you can.

Regards,

**Mark David Hunter** | Partner



848 Brickell Avenue, Suite 200
Miami, Florida 33131
E-Mail : mhunter@htflawyers.com
T : 305-629-1180 | F : 305-629-8099 | M : 917-604-8328
www.htflawyers.com

Privileged Information: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is legally privileged, confidential and/or exempt from disclosure. If you

3

are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please delete this message, along with any attachments, from your computer or phone. Thank you.

*-**External sender. Please use caution when clicking on any attachments or links** -*
*-**External sender. Please use caution when clicking on any attachments or links** -*
*-**External sender. Please use caution when clicking on any attachments or links** -*

4