**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-07499-BMC |
| Plaintiffs, | CLASS ACTION |
| | JURY TRIAL DEMANDED |
| v. | |
| SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC., | |
| Defendants. | |

**[PROPOSED] ORDER TO SHOW CAUSE**

**AND NOW,** this _____ day of _____, 2025, upon consideration of Lead Plaintiffs' Motion for Defendant Singularity to Show Cause Why the Court Should Not Enter a Money Judgment or Alternative Remedy to Enforce Class Action Settlement Agreement, and any response filed thereto, is it hereby **ORDERED** that a hearing shall be held on the ____ day of _____, 2025, at ____ p.m./a.m., in Courtroom ____ of the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at which time and place defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity") shall **SHOW CAUSE** why the Court should not enter a money judgment in the amount of

$8,525,000, plus interest, or an alternative remedy, in favor of Lead Plaintiffs on behalf of the preliminarily certified settlement class and against defendant Singularity. It is **FURTHER ORDERED** that Singularity's Chief Executive Officer (or another Singularity officer with knowledge Singularity's obligations under the Settlement Agreement) shall be present at the hearing.

**SO ORDERED:**

_____
**HONORABLE BRIAN M. COGAN**
**UNITED STATES DISTRICT JUDGE**