LAW FIRM OF

**PETER M. AGULNICK, P.C.**

**1129 NORTHERN BOULEVARD, SUITE 404**

**MANHASSET, NEW YORK 11030-3022**

**TEL (212) 571-2266**

**FAX (212) 656-1645**

WRITER'S E-MAIL:
PETER@AGULNICKLAW.COM

August 26, 2025

**BY ECF**

Hon. Brian M. Cogan
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

> Re:   **Sen Gao, et al. v. Singularity Future Technology Ltd., et al.**
> **U.S. District Court, Eastern District, Case No. 22-CV-07499-BMC**
> **Our Firm's File No. 571-001**

Dear Judge Cogan:

I am judgment-enforcement counsel for Zhikang Huang,[1] who holds a money judgment against Singularity Future Technology Ltd. ("Singularity").  The money judgment was issued in an unrelated lawsuit against Singularity.

I previously e-filed a letter to you, dated June 25, 2025 (ECF # 113[2]), in which I wrote: "I respectfully request that this Court not approve any such class settlement or payments by [Defendant] Singularity to Plaintiffs until my client's judgment is fully satisfied."  In response, you issued a June 29, 2025 docket Order stating, "the Court will not order Singularity to transmit money in violation of a restraining notice."

Because of a subsequent arrangement, I now withdraw the request made in my June 25, 2025 letter (ECF # 113).  Thus, I do not oppose Singularity making payments to Plaintiffs or consummating the settlement of the above-referenced class-action lawsuit.  Accordingly, I respectfully request that the Court vacate the portion of its June 29, 2025 docket Order that states: "the Court will not order Singularity to transmit money in violation of a restraining notice."

---

1    Zhikang Huang is named a defendant in the instant federal action.  With different counsel, he moved for pre-answer dismissal (ECF # 62), which this Court granted as against him in a Memorandum Decision and Order (ECF # 79).

2    The same letter was initially e-filed as ECF # 110 and 112.  However, those PDF files were corrupted.  It was finally e-filed correctly as a non-corrupted PDF as ECF # 113.

LAW FIRM OF

## PETER M. AGULNICK, P.C.

Hon. Brian M. Cogan
**United States District Court, Eastern District of New York**
**August 26, 2025**
**Page 2 of 2**

If you have any questions, feel free to contact me.  Thank you for your time.

Very truly yours,

PETER M. AGULNICK, P.C.

By:_____
                Peter M. Agulnick

CC:    **BY ECF**
       All counsel registered on ECF