## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br>Defendants. | Case No.: 1:22-cv-07499-BMC<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

## LEAD PLAINTIFFS' MOTION TO ENFORCE
## CLASS ACTION SETTLEMENT AGREEMENT

Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo, respectfully move for an order enforcing the settlement in this class action litigation. The bases for Lead Plaintiffs' motion are set forth in the accompanying memorandum of law. A proposed Order is submitted herewith.

Dated: September 18, 2025

**BERGER MONTAGUE PC**

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
1818 Market Street, Suite 3600

Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com
   jsweet@bergermontague.com

*Lead Counsel for Lead Plaintiffs*


**KIRBY McINERNEY LLP**
Ira M. Press
Sarah Flohr
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com
   sflohr@kmllp.com

*Local Counsel for Lead Plaintiffs*