**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br>Defendants. | Case No.: 1:22-cv-07499-BMC<br><br>CLASS ACTION<br>JURY TRIAL DEMANDED |

**DECLARATION OF JOEL M. SWEET IN SUPPORT OF LEAD PLAINTIFFS' MOTION TO ENFORCE CLASS ACTION SETTLEMENT AGREEMENT**

I, Joel M. Sweet, do hereby depose and say as follows:

1.    I am Of Counsel to the law firm of Berger Montague PC, Lead Counsel for Lead Plaintiffs.

2.    I am fully familiar with the facts and circumstances set forth herein, and I make this declaration in support of Lead Plaintiffs' Motion to Enforce Class Action Settlement Agreement.

3.      Attached as Exhibit A is a true and correct copy of an email from Joel M. Sweet to Mark D. Hunter and Jenny Sardella, dated August 14, 2025;

4.       Attached as Exhibit B is a true and correct copy of a letter from Michael Dell'Angelo to Mark D. Hunter and Jenny Johnson-Sardella, dated August 29, 2025;

5.      Attached as Exhibit C is a true and correct copy of a letter from Jenny Johnson-Sardella to Michael Dell'Angelo, dated September 2, 2025;

6.      Attached as Exhibit D is a true and correct copy of the full transcript of Singularity's deposition taken September 4, 2025;

7.      Attached as Exhibit E is a true and correct copy of an Order to Show Cause for an Order of Attachment, Temporary Restraining Order, and Expedited Discovery (NYSCEF No. 24) in *Jing Shan v. Singularity Future Tech. Ltd.*, Index No. 655309/2025 (Sup. Ct. N.Y. Cty. Sept. 12, 2025);

8.      Attached as Exhibit F is a true and correct copy of an email from Mark D. Hunter to Joel M. Sweet, dated September 16, 2025.


Dated: September 18, 2025                    **BERGER MONTAGUE PC**

                                             /s/ *Joel M. Sweet*
                                             Joel M. Sweet (*pro hac vice*)
                                             1818 Market Street, Suite 3600
                                             Philadelphia, PA 19103
                                             Tel: (215) 875-3000
                                             Email: jsweet@bergermontague.com

                                             *Lead Counsel for Lead Plaintiffs*