# Exhibit C



HUNTER TAUBMAN FISCHER & LI LLC

NEW YORK    WASHINGTON, D.C.    MIAMI

JENNY JOHNSON-SARDELLA, ESQ.                                          E-MAIL: JSARDELLA@HTFLAWYERS.COM
(ADMITTED CA, NY, FL AND DC)

September 2, 2025

**VIA EMAIL**

Michael Dell'Angelo, Esquire
Berger Montague
1818 Market Street, Suite 3600
Philadelphia, PA 19103

   **Re:** *Gao, et al. v. Singularity Future Technology, Ltd., et al.*
     **Case No. 1:22cv07499-BMC**

Dear Mr. Dell'Angelo:

  As noted in your letter dated, August 29, 2025, the Court ordered "[t]he parties shall conduct a Rule 30(b)(6) hearing by 9/4/2025 at which representatives for Singularity will testify to the status of the contested funds, the process by which they will be transferred to United States accounts, and Singularity's planned merger with its British Virgin Islands subsidiary." *See* Court Order, dated August 28, 2025.  The Court, however, did not order that discover in this matter be reopened in connection with the Rule 30(b)(6) deposition.  As such, Singularity will not produce documents in response to the request for production of documents contained in your August 29, 2025 letter.

  On its face, Rule 30(b)(6) does not obligate a deponent to provide documents in anticipation of the deposition. *See* Fed. R. Civ. P. 30(b)(6); *see also Bank of Am. Nat'l Tr. & Sav. Ass'n v. Loew's Intl Corp*, 18 F.R.D. 489, 491 (S.D.N.Y. 1956) (the District Court held that in the absence of a subpoena duces tecum or a motion for discovery and production of documents, plaintiffs could with impunity ignore that part of the notice for deposition.).  Any request for documents must be pursuant to Rule 34.  *See* Fed. R. Civ. 30(b)(2) ("The notice to a party deponent may be accompanied by a request under Rule 34 to produce documents and tangible things at the deposition.").  Discovery is currently stayed in this matter and the Court's August 28, 2025 order only required the parties to conduct a Rule 30(b)(6) deposition. *See* Docket Entry 108.  As such, Singularity will not produce.

www.htflawyers.com | info@htflawyers.com
848 Brickell Avenue, Suite 200, Miami, FL 33131 | **Office:** (305) 629-1180 | **Fax:** (305) 629-8099

With regard to corporate designee(s) who will provide testimony, Singularity will identify the designee(s) once the Company has made a determination of who will provide testimony.

Sincerely,

Jenny Johnson-Sardella