# Exhibit E

Case 1:22-cv-07499-BMC Document 128-7 Filed 09/18/25 Page 2 of 4 PageID #: 3028

the Ex Parte Motion Office
At an IAS Part 47, Room
1021, of the Supreme Court of
the State of New York, County
of New York, held at the
Courthouse located at 60 Centre
Street, New York, New York on
12ᵗʰ of September, 2025

# HON. PHAEDRA F. PERRY-BOND
## J.S.C.

Present: Hon. _____, as Ex Parte judge only
Justice of the Supreme Court

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

|  |  |
|---|---|
| JING SHAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD.,<br><br>                    Defendant. | Index No. 655309/2025<br><br>**ORDER TO SHOW CAUSE FOR AN ORDER OF ATTACHMENT, TEMPORARY RESTRAINING ORDER, AND EXPEDITED DISCOVERY**<br><br>MS# 1 Attachment |

UPON CONSIDERATION OF Plaintiff's Summons and Notice of Motion for Summary Judgment in Lieu of Complaint, dated September 5, 2025 and the Affirmation of William J. Natbony, dated September 9, 2025, together with all of the exhibits annexed thereto (including the Affirmation of Kevin J. Funk, dated September 3, 2025 (with exhibits), and the Affirmation of Jing (Angela) Shan, dated September 4, 2025 (with exhibits); and the undertaking herein, LET Defendant, Singularity Future Technology, Ltd. ("Defendant"), or its attorneys, show cause at an IAS Part __47__, Room _1021_ of this Court, to be held at the Courthouse located at 60 Centre Street, New York, NY on the _16th_ day of ___October___, 2025 at __2:15__ am/pm or as

soon thereafter as counsel can be heard, why an Order of Attachment, Temporary Restraining Order, and Expedited Discovery should not be issued against Defendant pursuant to Sections 6201(1), (3) and (5), 6210, 6212, 6220, and 6301 of the New York Civil Practice and Rules ("CPLR"), against the assets of said Defendant, and any interest of said Defendant in personal property or any debt owed to said Defendant, situated in the State of New York,

AND it appearing that Defendant, Singularity Future Technology, Ltd., is a foreign corporation not qualified to do business in the State of New York, a cause of action for a money judgment exists in favor of Plaintiff against said Defendant for the sum of $82,586.51, together with interest, fees, costs, and disbursements, from the Circuit Court for the State of Virginia, City of Richmond, and that Plaintiff is entitled to recover said sum over and above all counter-claims known to it, and that it is probable that Plaintiff will succeed on the merits; and Plaintiff having submitted an undertaking, it is

ORDERED that Plaintiff's undertaking be and the same hereby is fixed in the sum of $ $500.00 conditioned that Plaintiff, if it is finally determined that it was not entitled to a temporary restraining order, will pay to the Defendant all damages and costs which may be sustained by reason thereof; and it is further

ORDERED that pending the hearing of this motion, Defendant, Singularity Future Technology, Ltd., and all other persons and garnishees be and they hereby are restrained and prohibited from transferring or paying any assets of which said Defendant has an interest, or any debt owed to said Defendant, to the extent of $82,586.51, and restrained, enjoined, and forbidden from entering into or consummating any merger, acquisition, or other transaction that will make it difficult to enforce a judgment against Defendant; and it is further

ORDERED that Defendant, Singularity Future Technology, Ltd., appear for an examination by Plaintiff's counsel at a time and place to be designated by this Court concerning

-2-

Case 1:22-cv-07499-BMC    Document 128-7    Filed 09/18/25    Page 4 of 4 PageID #: 3030

*PPB*

*JSC*

any information relevant to any assets, accounts, or other property in which Defendant has an interest, or any debts owing to Defendant, and that Plaintiff be permitted to use any other disclosure methods in CPLR Article 31 to discover any such relevant information; and it is further

ORDERED that service of this order and the papers upon which it is based and the undertaking herein, be made on or before the _16th_ day of _September_, 2025, by serving copies thereof, with the exception of the Summons, on the Defendant, Singularity Future Technology, Ltd., by ~~certified mail.~~ overnight express delivery service; and it is further Ordered that opposition papers, if any, are to be served and filed at least 2 days in advance of the return date.

*PPB*

*J.S.C.*

ENTER:

**Oral Argument Directed** *PPB*

**JSC**

_____
Justice of the Supreme Court

**HON. PHAEDRA F. PERRY-BOND**
**J.S.C.**
as exparte judge only

Case 1:22-cv-07499-BMC    Document 128-7    Filed 09/18/25    Page 4 of 4 PageID #: 3030

-3-