**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br><br>Plaintiffs,<br><br><br>v.<br><br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,<br><br><br>Defendants. | Case No.: 1:22-cv-07499-BMC<br><br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**PARTIES' STIPULATION TO EXTEND TERMS**
**OF TEMPORARY RESTRAINING ORDER**

Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo, and defendant Singularity Future Technology Ltd. ("Singularity"), jointly submit this STIPULATION for the Court's consideration.

1. On September 22, 2025, the Court imposed a Temporary Restraining Order on Singularity and its Chief Executive Officer Jie Yang. ECF Corrected Minute Entry for Conference re: [128] Motion to Enforce Judgment.

2. The Temporary Restraining Order included the following terms:

a. Singularity and Ms. Yang are mandated by September 23, 2025, to transfer the $6,250,000, plus interest (the "Contested Fund Amount") from Singularity's Silk Road Bank account in Djibouti to Singularity's Bank of America account in the United States.

b. Singularity shall pay interest on the unpaid Contested Fund Amount at the following rates: (1) SOFR plus 2 percent from August 14, 2025, until the date of payment to the Escrow Agent; and (2) SOFR plus 8 percent if the payment to the Escrow Agent is more than 45 days late.

c. Every Friday, Singularity and Ms. Yang are mandated to file a status report that identifies the balance of Singularity's Bank of America account and shows that the balance is sufficient to cover the Contested Fund Amount.

d. Singularity and Ms. Yang are prohibited from taking any further steps toward consummating the merger described in Singularity's Schedule 14-A filed with the SEC. Singularity and Ms. Yang also are prohibited from participating in any other transaction that might have the effect of divesting the Court's jurisdiction over Singularity and its assets.

e. Lead plaintiffs are not required to post bond under Federal Rule of Civil Procedure Rule 65(c).

3. The Court scheduled a hearing to take place October 9, 2025, for Singularity to show cause why the terms of the Temporary Restraining Order should not be entered as a Preliminary Injunction, pursuant to Federal Rule of Civil Procedure 65, against Singularity and Ms. Yang pending the final class action settlement approval hearing, which presently is scheduled for December 17, 2025.

4.    Singularity does not presently intend to oppose the entry of the Temporary Restraining Order, or the Court entering its terms as a Preliminary Injunction.

5.    The parties STIPULATE that for good cause, pursuant to Federal Rule of Civil Procedure 65(b)(2), upon Singularity and Ms. Yang's express consent, and to preserve the resources of the Court and the parties, the terms of the Court's Temporary Restraining Order shall remain in effect until Singularity completes its payment obligations under the Settlement Agreement (paragraph no. 10 concerning the Cash Settlement Amount and Escrow Component), including interest.

6.    The hearing scheduled for October 9, 2025, is CONTINUED until further order of the Court.

Dated: October 1, 2025

By: *Mark David Hunter*
    Mark David Hunter, Esquire
    New York Bar No. 4017331
    Jenny Johnson-Sardella, Esquire
    New York Bar No. 4225850
    HUNTER TAUBMAN FISCHER & LI LLC
    848 Brickell Avenue, Suite 200
    Miami, Florida 33131
    Tel: (305) 629-1180
    Fax: (305) 629-8099
    Email: mhunter@htflawyers.com
    jsardella@htflawyers.com

    *Counsel to Defendant Singularity Future Technology Ltd.*

By: *Michael Dell'Angelo*
    Michael Dell'Angelo, Esquire (*pro hac vice*)
    Joel M. Sweet, Esquire (*pro hac vice*)
    BERGER MONTAGUE PC
    1818 Market Street, Suite 3600
    Philadelphia, PA 19103
    Tel: (215) 875-3000
    Email: mdellangelo@bergermontague.com
           jsweet@bergermontague.com

    *Counsel to Lead Plaintiffs*

    Ira M. Press
    Sarah Flohr
    KIRBY MCINERNEY LLP
    250 Park Avenue, Suite 820
    New York, NY 10177
    Tel: (212) 371-6600
    Email: ipress@kmllp.com
           sflohr@kmllp.com

    *Local Counsel to Lead Plaintiffs*

SO ORDERED, this 2nd day of _____October_____, 2025.

_____
United States District Judge Brian M. Cogan