UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: 1:22-cv-07499-BMC

SEN GAO, CONGLI HUO, RUIBIN
WANG, LUXIAO XU, Individually and on
Behalf of all other similarly situated,

        Plaintiffs,

v.

SINGULARITY FUTURE TECHNOLOGY,
LTD. F/K/A SINO-GLOBAL SHIPPING
AMERICA LTD., YANG JIE, LEI CAO,
ZHIKANG HUANG, TUO PAN,
XIAOHUAN HUANG, JING SHAN,
TIELING LIU, JING WANG, LEI NIE,
JOHN LEVY, THOR MINER, INC., and
GOLDEN MAINLAND, INC.,

        Defendants.
_____/

## STATUS REPORT

Pursuant to this Court's September 22, 2025 Corrected Minute Entry ("Order"), Defendant Singularity Future Technology, Ltd. F/K/A Sino-Global Shipping America Ltd. ("Singularity"), by and through Singularity's undersigned counsel, hereby submit this Status Report. In furtherance of the same, Singularity respectfully states as follows:

## STATUS OF ACTION

On September 22, 2025, this Court issued an Order requiring "Singularity and Ms. Yang [] to file a status report which identifies the balance of the Bank of America account and shows that the balance is sufficient to cover the Contested Funds plus interest." *See* Order. In response to the Order, Singularity reports that Singularity's Bank of America account continues to have a

1

legal hold in the amount of -$10,730.51 due to a levy notice received by Bank of America in connection with the matter filed in Supreme Court of the State of New York Supreme, Westchester County under the Case Caption: *In the Matter of Zhikang Huang*, Index Number 65208/2025. Singularity's Bank of America account current balance remains -$10,620.51. Singularity will continue to keep Plaintiffs and the Court updated.

**DATED:** October 10, 2025
Miami, Florida

                                                Respectfully Submitted,

                                                */s/ Jenny Johnson-Sardella*
Mark David Hunter, Esquire
New York Bar No. 4017331
Jenny Johnson-Sardella, Esquire
New York Bar No. 4225850
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: (305) 629-1180
Fax: (305) 629-8099
Email: mhunter@htflawyers.com
       jsardella@htflawyers.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive Notices of Electronic Filing electronically.

**Service List**

**BERGER MONTAGUE PC**
Michael Dell'Angelo
Andrew D. Abramowitz
Alex B. Heller
Jon J. Lambiras
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bm.net
aabramowitz@bm.net
aheller@bm.net
jlambiras@bm.net

*Lead Counsel for Lead Plaintiffs*

**KIRBY McINERNEY LLP**
Ira M. Press
Sarah E. Flohr
250 Park Avenue, Suite 820
New York, New York 10177
Telephone: (212) 371-6600
Email: ipress@kmllp.com

*Local counsel for Lead Plaintiffs*

**SCHALL LAW FIRM**
Brian Schall
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiffs
Ruibin Wang, Sen Gao, Luxiao Xu,
and Congli Huo*

**BECKER & POLIAKOFF**
James Mahon
Jennifer Karnes
Samantha Lesser
45 Broadway, 17th Floor
New York, New York 10006
Tel: (212) 599-3322
Email: JMahon@beckerlawyers.com
　　　　JKarnes@beckerlawyers.com
　　　　SaLesser@beckerlawyers.com

*Counsel for Defendant Yang Jie*

**NATIONAL REGISTERED AGENTS, INC.**
4701 Cox Road, Suite 285
Glen Allen, VA 23060-6802

　　　　　　　　　　　　　　　　　　　　/s/ *Jenny Johnson-Sardella*
　　　　　　　　　　　　　　　　　　　　Jenny Johnson-Sardella