UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.<br><br>Defendants. | Case No.: 1:22-cv-07499-BMC<br><br>JURY TRIAL DEMANDED |

### NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE THAT pursuant to Rule 23 of the Federal Rules of Civil Procedure, and this Court's order of July 30, 2025 granting preliminary class certification and providing for notice (ECF No. 120), and the accompanying Memorandum of Law, the Declaration of Michael Dell'Angelo in Support of Lead Plaintiffs' Motion for Final Approval of the Settlement and for an Award of Attorneys' Fees, Litigation Expenses, and Service Awards for the Class Representatives (filed concurrently), the Declaration of Jacob J. Kamenir in Support of Lead Plaintiffs' Motion for Final Approval of the Settlement (filed concurrently), all exhibits filed in

1

support of this Motion, and all other submissions filed in support of the Settlement,[1] Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo respectfully hereby move this Court before the Honorable Brian M. Cogan on December 17, 2025 at 10:00 a.m. in Courtroom 10A South of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order granting final approval of the Settlement[2] reached with Defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity"), pursuant to Federal Rules of Civil Procedure 23(c)(2) and 23(e). Lead Plaintiffs specifically request that the Court:

(i) Grant final approval of the Settlement Agreement (ECF No. 119-3) pursuant to Federal of Civil Procedure 23(e);[3]

(ii) Find that the requirements of Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(g) are satisfied for the Settlement Class; and

(iii) Approve the Plan of Allocation (ECF No. 119-4), which provides a fair and reasonable method of determining each Settlement Class Member's allocated share of the Net Settlement Fund.

---

[1] Lead Plaintiffs intend to move for entry of judgment and dismissal of this action in a subsequent filing.

[2] All capitalized terms used herein have the same meanings as set forth in the Settlement Agreement (ECF No. 119-3) or the Court's July 30, 2025 Order preliminarily approving the Settlement (ECF No. 120), unless otherwise noted.

[3] The parties to the Settlement Agreement are Lead Plaintiffs and Singularity. In consideration for the payment by Singularity of the Cash Settlement Amount and the Settlement Shares, as well as the maintenance of the Escrow Component (as set forth in the Settlement Agreement), Lead Plaintiffs and the members of the Settlement Class are releasing claims as to other defendants, namely Yang Jie, Lei Cao, Zhikang Huang, Tuo Pan, Xiaohuan Huang, Jing Shan, Tieling Liu, Jing Wang, Lei Nie, and John Levy.

Dated: October 31, 2025

Respectfully submitted,

**BERGER MONTAGUE PC**

<u>/s/ Michael Dell'Angelo</u>
Michael Dell'Angelo (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com
       jsweet@bergermontague.com

*Lead Counsel for Lead Plaintiffs*

**KIRBY McINERNEY LLP**
Ira M. Press
Sarah E. Flohr
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com
       sflohr@kmllp.com

*Local Counsel for Lead Plaintiffs*

3