**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated, | Case No.: 1:22-cv-07499-BMC |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | |
| SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC. | |
| Defendants. | |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR**
**AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES,**
**AND SERVICE AWARDS FOR THE CLASS REPRESENTATIVES**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 23(h) and 54(d)(2) and this Court's July 30, 2025 Order granting preliminary approval of the Settlement and setting a schedule for the approval process (ECF No. 120), and upon the accompanying: (i) Memorandum of Law in Support of Lead Plaintiffs' Motion for Award of Attorneys' Fees, Litigation Expenses, and Service Awards for the Class Representatives; (ii) the supporting Declaration of Michael C. Dell'Angelo in Support of Motion for Final Approval of the Settlement and for an Award of Attorneys' Fees, Litigation Expenses, and Service Awards for the Class

1

Representatives; (iii) individual firm declarations submitted by Berger Montague PC and Kirby McInerney LLP; (iv) a proposed Order; and (v) all other papers and proceedings herein, Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo respectfully move this Court, before the Honorable Brian M. Cogan, on December 17, 2025, at 10:00am eastern in courtroom 10A South of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East Brooklyn, NY 11201, or such other location and time as set by the Court, for entry of an Order awarding attorneys' fees, the reimbursement of reasonable litigation expenses, and that the Court grant service awards to the Class Representatives for their work on behalf of the Settlement Class, pursuant to Federal Rule of Civil Procedure 23(e).[1]

Dated: October 31, 2025

Respectfully submitted,

**BERGER MONTAGUE PC**

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com
        jsweet@bergermontague.com

*Lead Counsel for Lead Plaintiffs*

**KIRBY McINERNEY LLP**
Ira M. Press
Sarah E. Flohr
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com
        sflohr@kmllp.com

*Local Counsel for Lead Plaintiffs*

---

[1] All capitalized terms used herein have the same meanings as set forth in the Settlement Agreement (ECF No. 119-3) or the Court's July 30, 2025 Order preliminarily approving the Settlement (ECF No. 120), unless otherwise noted.