**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SEN GAO, CONGLI HUO, RUIBIN WANG, LUXIAO XU, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

SINGULARITY FUTURE TECHNOLOGY, LTD. F/K/A SINO-GLOBAL SHIPPING AMERICA LTD., YANG JIE, LEI CAO, ZHIKANG HUANG, TUO PAN, XIAOHUAN HUANG, JING SHAN, TIELING LIU, JING WANG, LEI NIE, JOHN LEVY, THOR MINER, INC., and GOLDEN MAINLAND, INC.,

Defendants.

Case No.: 1:22-cv-07499-BMC

**LEAD PLAINTIFFS' MOTION FOR**
**PRELIMINARILY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT pursuant to Rule 23 of the Federal Rules of Civil Procedure, and the accompanying Memorandum of Law, the Declaration of Michael Dell'Angelo in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (filed concurrently), the Declaration of Jacob J. Kamenir In Support of Lead Plaintiffs' Motion for Preliminary Approval of the Settlement and Renewed Notice Plan (filed concurrently), all exhibits filed in support of this Motion, and all other submissions filed in support of the Settlement, Lead Plaintiffs Ruibin Wang, Sen Gao, Luxiao Xu, and Congli Huo respectfully hereby move this Court before the Honorable Brian M. Cogan, United States District Judge, Courtroom 10A South of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East,

Brooklyn, NY 11201, on a date and time to be designated by the Court, for an order granting preliminary approval of the Settlement reached with Defendant Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America Ltd. ("Singularity"), pursuant to Federal Rules of Civil Procedure 23(c)(2) and 23(e). Lead Plaintiffs specifically request that the Court:

(i) grant preliminary approval of the June 22, 2026 Settlement Agreement;

(ii) preliminarily find that the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied for the Settlement Class (as defined below);

(iii) appoint Lead Plaintiffs as the Class Representatives for the Settlement Class under Federal Rule of Civil Procedure 23(g);

(iv) appoint Berger Montague PC as Lead Counsel for the Settlement Class under Federal Rule of Civil Procedure 23(g);

(v) authorize dissemination of notice of the Settlement to the Settlement Class;

(vi) preliminarily approve the proposed Plan of Allocation;

(vii) reaffirm the appointment of Simpluris, Inc. as the Settlement Administrator for the Settlement;

(viii) reaffirm the appointment of Citibank N.A. as Escrow Agent for the Settlement; and

(ix) approve the schedule for the Settlement, including a date for a final Fairness Hearing.

Lead Plaintiffs further request that the Court approve the following Settlement Class and find that the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(3) are satisfied for purposes of settlement and judgment.:

> All persons or entities who purchased or otherwise acquired Singularity securities between February 2, 2021, and February 24, 2023, inclusive (the "Class Period"), and were damaged thereby.

> Excluded from the Settlement Class are: (i) Singularity, including its current and former officers and directors; (ii) the Individual Defendant and members of his Immediate Family; (iii) the Group Defendants and members of their Immediate Families; (iv) the legal representatives, heirs, successors, or assigns of any and all of the foregoing; (v) any entity in which Singularity has or had a controlling interest; (vi) any trust of which the Individual Defendant and any Group Defendant is the settlor for or that is for the benefit of the Individual Defendant and any Group Defendant or their respective Immediate Families; and (vii) the legal representatives, heirs, successors, and assigns of any person or entity excluded under provisions (i) through (v) hereof.
>
> Also excluded from the Settlement Class are any persons and entities who or that validly exclude themselves by submitting a request for exclusion that is accepted by the Court.

Lead Plaintiffs' motion is based on the law and facts set forth in the accompanying memorandum of law, and other materials, filed in support of this motion.

Dated: July 17, 2026

**BERGER MONTAGUE PC**

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
Joel M. Sweet (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com
jsweet@ bergermontague.com

*Lead Counsel for Lead Plaintiffs*

**KIRBY McINERNEY LLP**
Ira M. Press
Sarah Flohr
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
Email: ipress@kmllp.com
sflohr@kmllp.com

*Local Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Michael Dell'Angelo, hereby certify that a true and correct copy of the following documents were electronically filed and served.

1. Lead Plaintiffs' Motion for Preliminarily Approval of Class Action Settlement;
2. Memorandum In Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;
3. Declaration of Michael Dell'Angelo in Support of Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement;
4. Declaration of Jacob J. Kamenir In Support of Lead Plaintiffs' Motion for Preliminary Approval of the Settlement and Renewed Notice Plan; and
5. Proposed Order Preliminarily Approving the Settlement, Preliminarily Certifying the Settlement Class, Appointing Settlement Class Counsel, Affiriming the appointing of the Claims Administrator and Escrow Agent, Approving the Notice Plan, Preliminarily Approving the Plan of Allocation, and Approving the Proposed Schedule for Completing the Settlement Process.

Notice of this filing will be sent by email to all parties via the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

Dated: July 17, 2026

**BERGER MONTAGUE PC**

*/s/ Michael Dell'Angelo*
Michael Dell'Angelo
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com